UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA STONE, *et al.*,

*Plaintiffs*,

v.

DONALD TRUMP, *et al.*,

*Defendants*.

Civil Action No. 21-0752

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States, through undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.  In support of the Notice, the United States states as follows:

1.  Plaintiffs Barbara Stone and Robert Sarhan, who are each proceeding *pro se*, filed this civil action in D.C. Superior Court, styled *Stone v. Trump*, Civil Action No. 2021 CA 000088 B, against a variety of defendants (including President Donald J. Trump, President Joseph R. Biden, Jr., three United States Judges, a United States Senator, a United States Representative, the Attorney General, and the Director of the Federal Bureau of Investigation) alleging violations of the United States Criminal Code, Constitution, and civil rights laws.  Plaintiffs also bring several intentional tort claims against the named defendants.  Based on their claims, Plaintiffs seek equitable relief and One-Hundred Million Dollars in damages.  *See generally* Fourth Amended Complaint (attached hereto).

2.  This action was filed in the Superior Court on or around January 12, 2021, by Plaintiffs.  Plaintiffs amended their complaint in the Superior Court on three occasions and most recently on March 3, 2021.  There is no evidence showing that the complaint and summons were

properly served upon the United States Attorney or Attorney General under D.C. Superior Court Rule 4(i) or its equivalent Federal Rule of Civil Procedure 4(i). The U.S. Attorney's Office received a copy of the Complaint on or about January 22, 2021, from Administrative Office of the United States Courts after the federal judges named in the complaint received a copy of the Complaint and Summons from the Superior Court.

3. Removal of this matter is authorized pursuant to 28 U.S.C. § 1442(a)(1) because several named defendants are officers of agencies of the United States.

4. On the basis of the Complaint and other available information, Brian P. Hudak, Acting Chief of the Civil Division in the U.S. Attorney's Office for the District of Columbia, certified pursuant to 42 U.S.C. § 233(a) and (g) that defendants William P. Barr, Christopher Wray, Jerold Nadler, Lindsey Graham, Joan Lenard, Jonathan Goodman, Laurel Isicoff, John Ashcroft, and Michael Horowitz were acting within the scope of her office or employment with the United States government at the time of the alleged incidents, to the extent the alleged incidents implicate or involve those defendants. *See* Westfall Certification (attached hereto). This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall, as a matter of law, be substituted for the defendants listed above, except for Plaintiffs' individual capacity claims pursuant to 42 U.S.C. § 1983.

5. A notice of filing of this Notice of Removal will be filed contemporaneously with this notice in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. 1442(a)(1) and 1446.

Dated: March 22, 2021              Respectfully submitted,

                                              CHANNING D. PHILLIPS. D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Christopher C. Hair*
    CHRISTOPHER C. HAIR
    PA Bar No. 606656
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-2541
    Fax: (202) 252-2599
    christopher.hair@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served upon Plaintiff by first class mail marked for delivery to:

| | |
|---|---|
| Barbara Stone<br>19 West Flagler Street #404<br>Miami, FL 33130 | Matthew Clifton<br>Tierra Antigua Realty LLC<br>1650 E River Road #202<br>Tucson, AZ 85718 |
| Robert Sarhan<br>19 West Flagler Street #404<br>Miami, FL 33130 | Denise Kiewel,<br>Tierra Antigua Realty LLC<br>9923 E Karst Pl<br>Tucson, AZ 85748 |
| Ronald Desantis<br>State of Florida<br>700 N Adams Street<br>Tallahassee, FL 32303 | Warren E. Buffet<br>Charles T. Munger<br>Berkshire Hathaway, Inc.<br>Berkshire Hathaway, Inc.<br>3555 Farnam Street<br>Omaha, NE 68131 |
| Ashley Moody<br>Attorney General of the State of Florida<br>Office of the Attorney General, State of Florida,<br>Pl-01 The Capitol<br>Tallahassee, FL 32399-1050 | Ron Peltier<br>Gino Blefari<br>Homeservices Of America;<br>333 South 7th St., 27th Floor<br>Minneapolis, MN 55402 |
| Jimmy Patronis<br>Florida Risk Management Fund<br>200 East Gaines Street<br>Tallahassee, FL 32399-0336 | Renee Gonzales<br>Long Realty<br>900 E. River Rd<br>Tucson, AZ 85718 |
| Malcolm S. Morris<br>Stewart Title Guarantee Co.<br>1360 Post Oak Blvd., Suite 100<br>Houston, TX 77056 | Lisa Hays Benzing<br>Areal Estate<br>Long Realty<br>1890 E. River Road<br>Tucson, AZ 85718 |

2

| | |
|---|---|
| Frederick H. Eppinger,<br>Stew Art Title Guarantee Company<br>1360 Post Oak Bl Vd., Suite 100<br>Houston, TX 77056 | Brett Cadden Anderson<br>Cadden Community Management;<br>1870 W. Prince Road Suite 47<br>Tucson, AZ 85705 |
| Carl Liebert<br>KellerWilliams<br>1221 S. Mopac Expy., Ste. 400<br>Austin, TX 78746 | Jeffreys. Finstad<br>2500 W Tom Watson Dr<br>Tucson, Az 85742<br>4651 E 12th St<br>Casper, WY 82609 |
| Dan Caldwell<br>1745 E River Rd #245<br>Tucson, Az 85718<br>Kimberly Clifton<br>Tierra Antigua Realty LLC<br>1650 E River Road #202<br>Tucson, AZ 85718 | Chris Bruyn<br>Ame Management<br>4708 West Cactus Bluff Drive<br>Marana, AZ 85658 |
| Matthew Clifton<br>Tierra Antigua Realty LLC<br>1650 E River Road #202<br>Tucson, AZ 85718 | Joel Tabas<br>Tabas Soloff Law Firm<br>25 S.E. 2nd Avenue, Ste248<br>Miami, FL 3 3131 |
| Drew Dillworth<br>Stearns, Weaver, Miller Law Firm<br>150 W Flagler St.<br>Miami, FL 33130 | Dana R. Quick<br>Bast Amron<br>One Southeast Third A Venue, Suite 1400<br>Miami, FL 33131 |

*/s/ Christopher C. Hair*
CHRISTOPHER C. HAIR

2