Filed
D.C. Superior Court
03/03/2021 17:41PM
Clerk of the Court

## IN THE SUPERIOR COURT IN THE DISTRICT OF COLUMBIA

CASE NO: 2021: CA  000088 B

## EMERGENCY FOURTH SUPPLEMENT/AMENDMENT
## TO EMERGENCY COMPLAINT

### WHISTLEBLOWER PROTECTION DEMANDED

### APPOINTMENT OF SPECIAL STATE GRAND JURY AND JURY TRIAL DEMANDED [1]

### NO CONSENT TO A MAGISTRATE IN ANY CAPACITY

BARBARA STONE
19 WEST FLAGLER STREET #404
MIAMI, FL  33130

ROBERT SARHAN [2]
19 WEST FLAGLER STREET #404
MIAMI, FL  33130

PLAINTIFFS

v.

DONALD TRUMP, INDIVIDUALLY AND IN HIS CAPACITY AS FORMER U.S. PRESIDENT
MAR A LAGO -1100 S OCEAN BLVD
PALM BEACH, FL 33480

JOE BIDEN, INDIVIDUALLY AND IN HIS CAPACITY IN FORMER PUBLIC SERVANT POSITIONS AND AS U.S. PRESIDENT
1600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20500

WILLIAM P. BARR, INDIVIDUALLY AND IN HIS CAPACITY AS FORMER U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

CHRISTOPHER WRAY, INDIVIDUALLY AND IN HIS CAPACITY AS DIRECTOR OF THE F.B.I.
FBI HEADQUARTERS
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535-0001

---

[1] See Article VII.
[2] Plaintiff Sarhan files this Complaint against Defendants DeSantis, Moody, Trump, Biden, Barr, Wray, Nadler, Graham, Isicoff and Patronis (the "Sarhan Defendants").

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

JEROLD NADLER, INDIVIDUALLY AND IN HIS CAPACITY AS CHAIRMAN OF THE
HOUSE JUDICIARY COMMITTEE
2110 RAYBURN HOUSE OFFICE BUILDING,
WASHINGTON, DC 20515

LINDSEY GRAHAM, INDIVIDUALLY AND IN HIS CAPACITY AS CHAIRMAN OF THE
SENATE JUDICIARY COMMITTEE
290 RUSSELL BLDG
WASHINGTON, DC 20510

RONALD DESANTIS, INDIVIDUALLY AND IN HIS CAPACITY AS GOVERNOR OF THE
STATE OF FLORIDA
700 N ADAMS STREET
TALLAHASSEE, FL 32303

ASHLEY MOODY, INDIVIDUALLY AND IN HER CAPACITY AS ATTORNEY
GENERAL OF THE STATE OF FLORIDA
OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA,
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

JOAN LENARD, INDIVIDUALLY AND IN HER CAPACITY AS A JUDGE IN THE
SOUTHERN DISTRICT COURT OF FLORIDA
400 NORTH MIAMI AVENUE
MIAMI, FL 33128

JONATHAN GOODMAN, INDIVIDUALLY AND IN HIS CAPACITY AS A MAGISTRATE
IN THE SOUTHERN DISTRICT COURT OF FLORIDA
400 NORTH MIAMI AVENUE
MIAMI, FL 33128

LAUREL ISICOFF, INDIVIDUALLY AND IN HER CAPACITY AS A NON-ARTICLE III
JUDGE IN THE SOUTHERN DISTRICT BANKRUPTCY COURT OF FLORIDA
301 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

JIMMY PATRONIS, INDIVIDUALLY AND IN HIS CAPACITY AS FLORIDA'S CHIEF
FINANCIAL OFFICER
FLORIDA RISK MANAGEMENT FUND
200 EAST GAINES STREET
TALLAHASSEE, FL 32399-0336
DEFENDANTS [3]

AND

---

[3] Defendants Trump, Biden, Barr, Wray, Nadler and Graham are also referred to Top Government Employee
Defendants.

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

2

MALCOLM S. MORRIS, INDIVIDUALLY AND IN HIS CAPICITY AS CHAIRMAN OF STEWART TITLE GUARANTEE COMPANY
1360 POST OAK BLVD., SUITE 100
HOUSTON, TX 77056
AND 200 BAY STREET # 2600
TORONTO, ONTARIO, M5 J2 J2 [4]

FREDERICK H. EPPINGER, INDIVIDUALLY AND IN HIS CAPICITY AS C.E.O OF STEWART TITLE GUARANTEE COMPANY
1360 POST OAK BLVD., SUITE 100
HOUSTON, TX 77056
AND 200 BAY STREET # 2600
TORONTO, ONTARIO, M5 J2 J2

CARL LIEBERT INDIVIDUALLY AND IN HIS CAPACITY AS CHAIRMAN OF KELLER WILLIAMS
1221 S. MOPAC EXPY., STE. 400
AUSTIN, TX 78746

DAN CALDWELL INDIVIDUALLY AND IN HIS CAPACITY AS AN AGENT OF KELLER WILLIAMS
1745 E RIVER RD #245
TUCSON, AZ 85718

KIMBERLY CLIFTON, INDIVIDUALLY AND IN HER CAPACITY AS A MEMBER OF TIERRA ANTIGUA REALTY LLC
1650 E RIVER ROAD #202
TUCSON, AZ 85718

MATTHEW CLIFTON, INDIVIDUALLY AND IN HIS CAPACITY AS A MEMBER OF TIERRA ANTIGUA REALTY LLC
1650 E RIVER ROAD #202
TUCSON, AZ 85718

DENISE KIEWEL, INDIVIDUALLY AND IN HER CAPACITY AS A AGENT OF TIERRA ANTIGUA REALTY LLC
9923 E KARST PL
TUCSON, AZ 85748

ADDITIONAL DEFENDANTS I

AND

---

[4] Stewart Title Guarantee Company is included as an Additional Defendant I and an Additional Defendant II as it is a party to the racket involving the sale of stolen property described the Supplement to Complaint and this Second Supplement to Complaint.

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

BERKSHIRE HATHAWAY, INC. AND WARREN E. BUFFET, INDIVIDUALLY AND IN HIS CAPACITY AS CHAIRMAN AND C.E.O.; AND CHARLES T. MUNGER, INDIVIDUALLY AND IN HIS CAPACITY AS  VICE CHAIRMAN
BERKSHIRE HATHAWAY, INC.
3555 FARNAM STREET
OMAHA, NE  68131

HOMESERVICES OF AMERICA; AND RON PELTIER, INDIVIDUALLY AND IN HIS CAPACITY AS EXECUTIVE CHAIRMAN; AND GINO BLEFARI, INDIVIDUALLY AND IN HIS CAPACITY AS C.E.O.
HOMESERVICES OF AMERICA
333 SOUTH 7TH ST., 27TH FLOOR
MINNEAPOLIS, MN 55402

RENEE GONZALES, INDIVIDUALLY AND IN HER CAPACITY AS C.E.O.
LONG REALTY
900 E. RIVER RD
TUCSON, AZ 85718

LISA HAYS BENZING, INDIVIDUALLY AND IN HER CAPACITY AS A REAL ESTATE AGENT/EMPLOYEE
LONG REALTY
1890 E. RIVER ROAD
TUCSON, AZ 85718

CADDEN COMMUNITY MANAGEMENT; AND BRETT CADDEN ANDERSON, INDIVIDUALLY AND IN HER CAPACITY AS PRESIDENT AND C.E.O.
CADDEN COMMUNITY MANAGEMENT
1870 W. PRINCE ROAD SUITE 47
TUCSON, AZ  85705

JEFFREY S. FINSTAD
2500 W TOM WATSON DR
TUCSON, AZ 85742
4651 E 12TH ST
CASPER, WY 82609

ADDITIONAL DEFENDANTS II

AND

CHRIS BRUYN, INDIVIDUALLY AND IN HIS CAPACITY AS OWNER
AME MANAGEMENT
4708 WEST CACTUS BLUFF DRIVE
MARANA, AZ  85658

ADDITIONAL DEFENDANT III

AND

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

JOEL TABAS, INDIVIDUALLY AND IN HIS CAPACITY AS A MEMBER OF TABAS SOLOFF LAW FIRM
25 S.E. 2ND AVENUE, STE 248
MIAMI, FL  33131

DREW DILLWORTH, AND IN HIS CAPACITY AS A MEMBER OF STEARNS, WEAVER, MILLER LAW FIRM
150 W FLAGLER ST
MIAMI, FL 33130

STEARNS, WEAVER, MILLER LAW FIRM
150 W FLAGLER ST
MIAMI, FL 33130

DANA R. QUICK, INDIVIDUALLY AND IN HER CAPACITY AS AN ATTORNEY WITH BAST AMRON
ONE SOUTHEAST THIRD AVENUE, SUITE 1400
MIAMI, FL 33131

BAST AMRON
ONE SOUTHEAST THIRD AVENUE, SUITE 1400
MIAMI, FL 33131

JOHN ASHCROFT, INDIVIDUALLY AND IN HIS CAPACITY AS A FORMER UNITED STATES ATTORNEY GENERAL AND AS A MEMBER OF THE ASHCROFT GROUP LAW FIRM
222 S CENTRAL AVE.
SAINT LOUIS, MO 63105

MICHAEL E. HOROWITZ, INDIVIDUALLY AND IN HIS CAPACITY AS INSPECTOR GENERAL U.S. DEPARTMENT OF JUSTICE
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE INSPECTOR GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, D.C. 20530-0001

ADDITIONAL DEFENDANTS IV[5]

---

[5] Joel Tabas, Drew Dillworth and Dana R. Quick constitute and are also referred to as the "Isicoff Insider Team."

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

This Emergency Fourth Amendment/Supplement to Complaint is filed by Plaintiffs Barbara Stone ("Barbara" or "Plaintiff Stone") and Dr. Robert Sarhan ("Robert" or "Plaintiff Sarhan") this 3rd day of March, 2021.

This Emergency Fourth Amendment/Supplement is filed to:

1. Add the Isicoff Insider Team and other integral affiliates as Defendants IV;

2. Document and make a record of the prima facie illegal and racketeering activities of Isicoff and the Isicoff Insider Team and document **this is a pattern and practice** as shown by :

   a. the criminal acts and retaliation by Isicoff against both Barbara and Robert;

   b. the filing of another criminal complaint against her in Exhibit B;

   c. the filing of another criminal complaint against her by attorney Jeffrey Norkin that is of record with Defendants Nadler and Graham and available for submission;

   d. Isicoff's retaliation against a prominent out of state attorney who exposed her corruption as described in Paragraph C-11. Others have contacted Plaintiffs in fear of retaliation.

3. Report blackmail and retaliation by Isicoff for filing this lawsuit;

4. Document and summarize the origin of the Embezzlement Extortion Racket.

5. Document the prima facie inextricably intertwined criminal activities and racketeering by the Exortion/Embezzlement Racket and the Murder for Profit U.S. Sponsored Guardian Racket.

6. Express the concerns of Barbara and Robert regarding the delay in protecting them from prima facie danger and placing them in dire harm.

# NOTICE OF MASSIVE RECUSAL OF "GUARDIAN JUDGES" REPORTED ON MARCH 3, 2021[6]

---

[6] https://pjmedia.com/news-and-politics/megan-fox/2021/03/02/31-missouri-judges-recuse-themselves-from-lawsuit-alleging-family-court-guardian-and-psychologists-orchestrated-money-making-scheme-n1428930

https://pjmedia.com/news-and-politics/megan-fox/2021/03/02/caught-colluding-leaked-video-reveals-family-court-guardians-conspiring-to-dox-journalist-for-exposing-them-n1429556

In St. Louis County, Mo., Evita Tolu has filed a lawsuit against family court guardian ad litem (GAL) Elaine Pudlowski, psychologist James Reid, and clinical social worker Jennifer Webbe VanLuven, alleging that the trio conspired to use her custody dispute as an opportunity to get rich **while sentencing her children to life with an abuser**. The lawsuit alleges a scheme perpetrated by a group of professionals to drain parents involved in custody battles. At the end of the court process, parents are broke and kids are traumatized while GALs, court-appointed psychologists, and therapists are enriched. Tolu says the scheme kept her in court for three years, drained her bank account, and alienated her children from her. The suit alleges that this pattern is a regular family court occurrence when Pudlowski is involved.

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

## I. THE ILLEGAL VOID RAPE OF RIGHTS DECREE BY JOAN LENARD, JONATHAN GOODMAN AND COLLUSIVE ORDERS BY LAUREL ISICOFF TO BLACKMAIL BARBARA FROM REPORTING CRIMES

7.  To silence and blackmail Barbara from reporting and seeking remedy from the Embezzlement Extortion Racket and the Murder for Profit U.S. Sponsored Guardian Racket, Extrajudicial Public Servant Joan Lenard in collusion with non Article III magistrate Jonathan Goodman has raped and stripped Barbara of her human rights in an illegal void decree that violates a string of criminal laws (the "Rape of Rights Blackmail Decree").

8.  The blackmail, extortion and  threatening language in Lenard's Rape of Rights Decree includes the following:

> "This Injunction extends to the filing of any new action, complaint, claim for relief, suit, controversy, cause of action, grievance, writ, petition, accusation, charge or any similar instrument against Lustig, his family, his  clients, his attorneys, or anyone else associated with him in any court, forum, tribunal, self-regulatory organization or agency (including law enforcement) whether judicial, quasi-judicial, federal, state or local including Bar disciplinary and/or grievance committees without first obtaining leave of this court."

9.  The staggering crimes perpetrated by Rape of Rights Blackmail Decree include but are not limited to:

   a. Blackmail; [7]

   b. Intimidation and interference with federally protected activities; [8]

---

[7] **18 U.S. Code § 873 - Blackmail**

   Whoever, under a threat of informing, or as a consideration for not informing, against any violation of any law of the United States, demands or receives any money or other valuable thing, shall be fined under this title or imprisoned not more than one year, or both

[8] **18 U.S. C. § 245.Federally protected activities**

 (b)Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with—

(1)any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from—

 (B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States;

 (E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance;

 (4)any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from—

(A) participating, without discrimination on account of race, color, religion or national origin, in any of the benefits or activities described in subparagraphs (1)(A) through (1)(E) or subparagraphs (2)(A) through (2)(F); or

(B) affording another person or class of persons opportunity or protection to so participate;

(5) any citizen because he is or has been, or in order to intimidate such citizen or any other citizen from lawfully aiding or encouraging other persons to participate, without discrimination on account of race, color, religion or national origin, in any of the benefits or activities described in subparagraphs (1)(A) through (1)(E) or

    c. Threats and extortion;

    d. witness tampering; [9]

    e. obstruction of justice; [10]

    f. conspiracy against rights; [11]

    g. deprivation of rights under color of law; [12]

    h. racketeering [13] and conspiracy in racketeering; [14]

    i. honest services fraud; [15]

    j. scheme to defraud; [16]

    k. conspiracy and accomplice to a scheme to defraud; [17]

---

subparagraphs (2)(A) through (2)(F), or participating lawfully in speech or peaceful assembly opposing any denial of the opportunity to so participate—

shall be fined under this title, or imprisoned not more than one year, or both

[9] **18 U.S. Code § 1512 - Tampering with a witness, victim, or ...**
https://www.law.cornell.edu/uscode/text/18/1512

[10] **18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE | U.S ...**
https://www.law.cornell.edu/uscode/text/18/part-I/chapter-73

[11] **18 U.S. Code § 241 - Conspiracy against rights | U.S. Code ...**
https://www.law.cornell.edu/uscode/text/18/241
Based on **title 18, U.S.C.**, 1940 ed., § 51 (Mar. 4, 1909, ch. 321, § 19, 35 Stat. 1092). Clause making conspirator ineligible to hold office was omitted as incongruous because it attaches ineligibility to hold office to a person who may be a private citizen and who was convicted of conspiracy to violate a specific statute.

[12] **8 U.S.C. 241 and 242**

[13] **18 U.S.C. 1961-64**

[14] **18 U.S. Code § 371 - Conspiracy to commit offense or to ...**
https://www.law.cornell.edu/uscode/text/18/371
18 U.S. Code **§ 371 - Conspiracy to commit offense or to defraud United States.** If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or ...

[15] **18 U.S. Code § 1346 - Definition of "scheme or artifice to ...**
https://www.law.cornell.edu/uscode/text/18/1346
18 U.S. Code § 1346. Definition of "scheme or artifice to defraud". For the purposes of this chapter, the term " scheme or artifice to **defraud** " includes **a scheme or artifice to deprive another of the intangible right of honest services.** (Added Pub. L. 100–690, title VII, § 7603 (a), Nov. 18, 1988, 102 Stat. 4508 .)

[16] **18 U.S. Code § 1341 - Frauds and swindles | U.S. Code | US ...**
https://www.law.cornell.edu/uscode/text/18/1341
18 U.S. Code § 1341 - **Frauds** and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, ...

[17] **18 U.S. Code § 1341 - Frauds and swindles | U.S. Code | US ...**
https://www.law.cornell.edu/uscode/text/18/1341

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

l.  ongoing criminal enterprise [18]

m. Hobbs Act violations; [19]

n.  falsifying court records; [20]

o.  retaliation; [21] and

---

18 U.S. Code § 1341 - **Frauds** and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, …

[18] 21 U.S. Code § 848 - Continuing criminal enterprise

(a) **PENALTIES; FORFEITURES**

Any person who engages in a continuing criminal enterprise shall be sentenced to a term of imprisonment which may not be less than 20 years and which may be up to life imprisonment, to a fine not to exceed the greater of that authorized in accordance with the provisions of title 18 or $2,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title; except that if any person engages in such activity after one or more prior convictions of him under this section have become final, he shall be sentenced to a term of imprisonment which may not be less than 30 years and which may be up to life imprisonment, to a fine not to exceed the greater of twice the amount authorized in accordance with the provisions of title 18 or $4,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, and to the forfeiture prescribed in section 853 of this title.

(b) **LIFE IMPRISONMENT FOR ENGAGING IN CONTINUING CRIMINAL ENTERPRISE** Any person who engages in a continuing criminal enterprise shall be imprisoned for life and fined in accordance with subsection (a), if—

(1) such person is the principal administrator, organizer, or leader of the enterprise or is one of several such principal administrators, organizers, or leaders; and

(2)

(A) the violation referred to in subsection (c)(1) involved at least 300 times the quantity of a substance described in subsection 841(b)(1)(B) of this title, or

(B) the enterprise, or any other enterprise in which the defendant was the principal or one of several principal administrators, organizers, or leaders, received $10 million dollars in gross receipts during any twelve-month period of its existence for the manufacture, importation, or distribution of a substance described in section 841(b)(1)(B)

(c) **"CONTINUING CRIMINAL ENTERPRISE" DEFINED** For purposes of subsection (a), a person is engaged in a continuing criminal enterprise if—

(1) he violates any provision of this subchapter or subchapter II the punishment for which is a felony, and

(2) such violation is a part of a continuing series of violations of this subchapter or subchapter II—

(A) which are undertaken by such person in concert with five or more other persons with respect to whom such person occupies a position of organizer, a supervisory position, or any other position of management, and

(B) from which such person obtains substantial income or resources.

[19] **18 U.S. Code § 1951**

[20] **18 U.S.C. § 1519**

Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.

[21] **42 U.S. Code § 12203 - Prohibition against retaliation and ...**
**https://www.law.cornell.edu/uscode/text/42/12203**
**Prohibition against retaliation and coercion. No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding…**

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

p. Hate crimes.[22]

10. Additional Crimes of color of law magistrate Jonathan Goodman ("Goodman"):  Goodman is not only a conspirator in the Extortion/Embezzlement Racket and violating the criminal laws set forth above, but he is also operating his own separate criminal racket by controlling the outcome of lawsuits against the cruise industry in which he has secret, hidden financial investments thus acting in criminal violation of 18 U.S.C.§ 208.[23]  See Exhibit A – Statement of Marla Martin, a victim of the Goodman Cruise Industry Racket.

11. Additional Crimes of Unlawful Public Servant Isicoff ("Isicoff"):

    a. Isicoff is not only a conspirator in the Extortion/Embezzlement Racket and violating criminal laws above, but she is also operating her own separate criminal bankruptcy racket in collusion with the Isicoff Insider Team including conspiring in a fraudulent bankruptcy claim; [24] stealing and embezzling property [25]and selling, fencing and dealing in stolen property. [26] See Article C.

    b. See criminal complaint also filed against Isicoff by another victim. (Exhibit B).

    c. See retaliation by Isicoff against a prominent out of state attorney. Article C-11.

---

[22] **18 U.S.C. § 249 Hate Crimes Act**

[23] 18 U.S. Code § 208 - Acts affecting a personal financial interest

(a)Except as permitted by subsection (b) hereof, whoever, being an officer or employee of the executive branch of the United States Government, or of any independent agency of the U. S, a Federal Reserve bank director, officer, or employee, or an officer or employee of the District of Columbia, including a special Government employee, participates personally and substantially as a Government officer or employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation, or otherwise, in a judicial or other proceeding, application, request for a ruling or other determination, contract, claim, controversy, charge, accusation, arrest, or other particular matter in which to his knowledge, he, his spouse, minor child, general partner, organization in which he is serving as officer, director, trustee, general partner or employee, or any person or organization with whom he is negotiating or has any arrangement concerning prospective employment, has a financial interest—

[24] **18 U.S. Code § 152**

**Subsection (4) of Section 152** sets out the offense of filing a false bankruptcy claim. A "claim" is a document filed in a bankruptcy proceeding by a creditor of the debtor. It is sometimes also called a "proof of claim." For the purposes of this section the nature of the claim is immaterial-- i.e., the claim can be secured or unsecured, liquidated or unliquidated, disputed or undisputed. A "false" claim is one that is known by the creditor to be factually untrue at the time the claim is filed.   Subsection (4) provides:  A person who...knowingly and fraudulently presents any false claim for proof against the estate of a debtor, or uses any such claim in any case under title 11, in a personal capacity or as or through an agent, proxy, or attorney;...shall be fined..., imprisoned..., or both.

**18 U.S. Code § 157**

[25] 18 U.S. Code CHAPTER 31—EMBEZZLEMENT AND THEFT

[26] **18 U.S. Code Chapter 113 - STOLEN PROPERTY | U.S. Code ...**
https://www.law.cornell.edu/uscode/text/18/part-I/chapter-113

**18 U.S. Code § 2315 - Sale or receipt of stolen goods ...**
https://www.law.cornell.edu/uscode/text/18/2315

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

12. These crimes being perpetrated by the extrajudicial government employees described herein, including Lenard, Goodman and Isicoff are inextricably intertwined; identical to and perpetrated in collusion and conspiracy with the "Masterminds" of the Murder for Profit U. S. Sponsored Guardian Racket that MURDERED and human trafficked Barbara's mother and pillaged her assets and perpetrated crimes against humanity and atrocities against Barbara for reporting and exposing their genocide regime.

13. The same genocide regime and inextricably intertwined extortion racket and retaliation has been perpetrated against Robert by the Murder for Profit U.S. Sponsored Guardian Racket that MURDERED and human trafficked Robert's mother and pillaged her assets and perpetrated crimes against humanity and atrocities against Robert for reporting and exposing their genocide regime.

14. Barbara and Robert seek a mandatory public grand jury to whom the identities of these Masterminds will be submitted and urgent Whistleblower/Witness Protection.

## II. BACKGROUND AND SUMMARY OF THE EMBEZZLEMENT RACKET THAT IS BEING PROTECTED BY THE RAPE OF RIGHTS ORDER ISSUED TO BLACKMAIL BARBARA TO SILENCE HER FROM REPORTING

15. The Embezzlement/Extortion Racket originated by the filing of a fabricated, fraudulent lawsuit by a Mastermind of the Murder for Profit U.S. Sponsored Guardian Racket (the "Filer") who is a felon, having been found guilty of felony crimes by the 3rd DCA, including perjury, fraud, repeatedly lying under oath and subverting the courts to achieve his own illegal financial gain in the case of Leo's Gulf Liquor, 802 So 2d 337.

16. The 3rd DCA violated their own order stating they would transfer the matter to the State Attorney and the Florida Bar and failed to do so, thereby by criminal negligence, placed Barbara and the public in grave danger.

17. Had they complied with reporting laws and their own order, the Filer would have been have been disbarred and incarcerated.

18. Instead, the Filer was left unleashed on the public and masterminded the murder, human trafficking of Barbara's mother, pillaged and looted her assets and embezzlement /extortion of Barbara's home and life savings.

19. The Filer thereafter masterminded an embezzlement racket (the "Embezzlement/Extortion Racket" described in the Complaint) by:

  a. preparing and sending "forwarded" obscene emails to family members and falsely accusing Barbara;

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

     b. enlisting his affiliate to perjure statements that he was a member of a company that did  not "hire" the Filer because his unidentified "partner" saw these unflattering obscene materials.

20. The Filer stole the assets of Barbara's mother to fund the Embezzlement/Extortion Racket.

21. Barbara filed official records from the Secretary of State documenting the purported company that did not "hire" the Filer does not exist and there is no such "member" or unidentified "partner" of such non-existent company.

22. Barbara filed direct emails by the daughter of the Filer documenting the emails were prepared by his daughter.

23. The obscene emails express the desire of the Filer to be sodomized by men in prison.

24. Samples of the obscene emails include:

    a.  "DADDY with the money I have stolen i develop you to an actress.  I tricked helpless people under guardianship and stole money from charities."

    **"Erica, that ok when Daddy is in prison you can be a waitress abd (sic) give him money.  Actually Daddy will like taking shower parties in prison so maybe you should start buying soap now and baby powder for his swollen a... when he f... around there!"**

    b. perverted referencse to his daughter's anatomy:

    his daughter has an ugly nose, face, and "c_nt" and should "start playing in a circus"; is a little "c_nt" and an "ugly c_nt", "eats cat food and takes drugs."

    c.  "Daddy doesn't care about human beings.

      He gives a fu**ck about gay Greg.  He is happy now!

      Who will be next?  Maybe you......

      Did you tell DADDY about your drinking problem?

      Happy hanukkah you poor thing.  Sent from hell.

    d. Hi you ugly cu**nt!  By the way, when is your big "drunk" fat greek wedding?

25. Acting in collusion with the inextricably intertwined Murder for Profit U.S. Sponsored Guardian Racket, Joan Lenard and Jonathan Goodman fabricated and falsified judicial process; and perpetrated human rights atrocities against Barbara described in the Complaint and Amendments to effectuate the Embezzlement/Extortion Racket.

26. Reference should be made to the Complaint and Amendments for complete details which are incorporated and summarized herein:

    a. Joan Lenard prohibited Barbara from receiving court documents in order to conspire with

the Fabricated, Fraudulent Lawsuit Filer and carry out an ex parte farcical Kafkaesque court proceeding.

    b. Joan Lenard then illegally "defaulted" Barbara to prevent her from ever appearing in court to protect her property, knowing she was not in default as she was precluded from being provided court documents.

    c. Jurisdiction-less Jonathan Goodman, carried out an ex parte, farcical, Kafkaesque kangaroo event in the guise of a hearing where he found no damages against Barbara

    d. Jonathan Goodman told the Fabricated, Fraudulent Lawsuit Filer to create his own decree to award himself damages.

    e. Thereafter, using the decree of the Filer, Joan Lenard issued an ex parte, void illegal fraudulent judgment in the WHOPPING sum of ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS.

27. When Barbara filed Declaratory Statements exposing the Embezzlement/Extortion Racket, Joan Lenard issued the Illegal, Void Rape of Rights Blackmail Decree to retaliate against and blackmail Barbara to silence her in order to perpetrate the racket in secret in collusion with the Murder for Profit U.S. Sponsored Guardian Racket.

28. Goodman is an imposter magistrate as he is acting under color of law as he uses the U.S. court to rig and  control the outcome of cases involving the cruise ship industry in which he has an illegal financial benefit in criminal violation of 18 USC 208 and in ethical breach.

29. Stone was forced into an involuntary bankruptcy wherein she is being subjected to conspiracy and collusion in the Embezzlement/Extortion Racket; an ongoing bankruptcy racket; a cover up and protection racket; and atrocities; blackmail, extortion, threats and retaliation.

### III. EXTORTION, RACKETEERING, BLACKMAIL, LOOTING, HUMAN RIGHTS ATROCITIES, AND RETALIATION AGAINST BARBARA BY LAUREL ISICOFF AND THE ISICOFF INSIDER TEAM; AND CLAIMS AGAINST THE ISICOFF INSIDER TEAM

30. The allegations set forth in Paragraphs 1 - 29 are incorporated herein.

### A.  SUMMARY OF RICO ENTERPRISE BY ISICOFF IN CONSPIRACY WITH THE ISICOFF INSIDER TEAM

31. Isicoff has stolen Barbara's assets, home and property [27] in conspiracy and collusion with the Isicoff Insider Team.

---

[27] The stolen property includes a bank account with Barbara's life savings of over $175,000, her home located at 8021 N. Casas Way, Tucson, AZ 85742 legally described as Casas Del Oro Norte Townhouses Unit No 3, Per CCR

32. Isicoff is selling, dealing in and fencing [28] Barbara's stolen property [29] by illegal void "theft decrees" purporting to be orders in conspiracy with a fabricated, perjured bankruptcy claim by the Filer that Isicoff **knows is fraudulent** in violation of 18 U.S. Code § §152 and 157.

33. The Isicoff Insider Team has stolen Barbara's identity to sell and fence her stolen property.[30]

34. All parties and Defendants are on notice that the property is stolen by affidavits filed by Barbara in the public records.

35. Barbara has filed Affidavits of Fraud, liens and attorney fee liens that are on public record attesting to these crimes.

36. Isicoff is a conspirator in a false, fabricated, perjured bankruptcy claim [31] and Embezzlement/Extortion Racket.

37. Just as perpetrated by Lenard by the Rape of Rights Blackmail Decree, Isicoff is blackmailing, intimidating, terrifying and threatening Barbara to silence Barbara from reporting these crimes to law enforcement and other officials.

---

3376-369, AKA Ptn Casas Del Oro Norte Lot 1, Map/Plat:  19/39, Parcel 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;  and investment properties located 8641 N. Arnold Palmer Drive, Tucson, Arizona 85742, legally described at Tucson National Townhomes West 60-74, Platt Book 34/77; and 8664 North Bobby Jones Drive, Tucson, Arizona 85742 legally described as Lot 69, of Fairway Heights, At Tucson National, according to the plat of record in the Office of the County Recorder of Pima County, Arizona, in Book 40 of Maps, Page 92 and by Declaration of Scrivener's Error recorded in Docket 8036 at Page 3074 and in Docket 8101 at Page 609 wherein she is beneficial owner and title owner.

[28] **9-61.400 - Fencing----Prosecution Policy**
Unless there exists a special need, priority should be given to the prosecution of fences as opposed to the prosecution of thieves. For purposes of this subchapter, "fences" are defined as those who are alleged to have assisted in finding or dealing with more than one buyer for stolen property. Highest priority should be given to the prosecution of fences who operate legitimate businesses and sell stolen property to the public.

[29] **18 U.S. Code § 2315 - Sale or receipt of stolen goods, securities, moneys, or fraudulent State tax stamps**
    Whoever receives, possesses, conceals, stores, barters, sells, or disposes of any goods, wares, or merchandise, securities, or <u>money</u> of the <u>value</u> of $5,000 or more, or pledges or accepts as security for a loan any goods, wares, or merchandise, or securities, of the <u>value</u> of $500 or more, which have crossed a <u>State</u> or United <u>States</u> boundary after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, or taken;
    Shall be fined under this title or imprisoned not more than ten years, or both.

[30] **18 U.S. Code § 1028A - Aggravated identity theft**
 **(a)OFFENSES.—**
 **(1)IN GENERAL.—**
Whoever, during and in relation to any <u>felony violation enumerated in subsection (c)</u>, knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.
**(2)TERRORISM OFFENSE.—**
Whoever, during and in relation to any felony violation enumerated in section 2332b(g)(5)(B), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person or a false identification document shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 5 years.

[31] **18 U.S. Code § 152**

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

38. Isicoff issued an illegal decree on February 18, 2021 to blackmail [32] and extort Barbara to appear March 11, 2021 (the "Isicoff Blackmail Decree") in her jurisdiction-less, color of law court at a sham, rigged, meaningless "event" in the guise of a hearing so Isicoff can threaten her with illegal sanctions to prevent her from reporting crimes and suing Isicoff.

39. In the Isicoff Blackmail Decree she threatening Barbara that she must file pleading in a non-court, with the Isicoff Insider Team, thereby designating imposter government court employees and imposter poster workers in violation of 18 U.S.C. 912.

40. Isicoff seeks to extort Barbara's silence to her racketeering enterprise by threatening Barbara to prevent Barbara from suing her and seeking remedy.

41. **Barbara is reporting crimes herein.**

42. Isicoff's acts to prohibit Barbara from reporting crimes constitute black letter BLACKMAIL, [33] extortion and threats [34] retaliation, [35] witness tampering [36] and obstruction of justice. [37]

---

[32] **18 U.S. Code § 873 - Blackmail**

    Whoever, under a threat of informing, or as a consideration for not informing, against any violation of any law of the United States, demands or receives any money or other valuable thing, shall be fined under this title or imprisoned not more than one year, or both.

[33] **18 U.S. Code § 873 - Blackmail**

    Whoever, under a threat of informing, or as a consideration for not informing, against any violation of any law of the United States, demands or receives any money or other valuable thing, shall be fined under this title or imprisoned not more than one year, or both.

[34] **18 U.S. Code Chapter 41 - EXTORTION AND THREATS | U.S ...**
https://www.law.cornell.edu/uscode/text/18/part-I/chapter-41

[35] **18 U.S. Code § 1513.Retaliating against a witness, victim, or an informant**
(**b**)Whoever knowingly engages in any conduct and thereby causes bodily injury to another <u>person</u> or damages the tangible property of another <u>person</u>, or threatens to do so, with intent to retaliate against any <u>person</u> for—
(**1**)the attendance of a witness or party at an official proceeding, or any testimony given or any <u>record</u>, document, or other object produced by a witness in an official proceeding;
or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.
(**e**)Whoever knowingly, with the intent to retaliate, takes any action harmful to any <u>person</u>, including interference with the lawful employment or livelihood of any <u>person</u>, for providing to a <u>law enforcement officer</u> any truthful information relating to the commission or possible commission of any Federal <u>offense,</u> shall be fined under this title or imprisoned not more than 10 years, or both.

[36] **18 U.S. Code § 1512 - Tampering with a witness, victim, or ...**
https://www.law.cornell.edu/uscode/text/18/1512
A victim or witness who, as a direct result of a crime or of cooperation with law enforcement agencies or attorneys for the Government, is subjected to serious financial strain, should be assisted by such agencies and attorneys …
**1729. Protection Of Government Processes -- Tampering With ...**
https://www.justice.gov/archives/jm/criminal-resource-manual-1729-protection...
**Section 1512 of Title 18** constitutes a **broad prohibition** against tampering with a witness, victim or informant. It proscribes conduct intended to illegitimately affect the presentation of evidence in Federal proceedings or the communication of information to Federal law enforcement officers.

[37] **[USC02] 18 USC Ch. 73: OBSTRUCTION OF JUSTICE**
uscode.house.gov/view.xhtml?path=/prelim@title18/...

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

43. Other illegal acts of Isicoff are set forth in Paragraph C.

## B.  THE ISICOFF INSIDER TEAM

44. Isicoff has assembled a secretive, core group of lowlife, fraudster attorneys and trustees (the "Isicoff Insider Team") she sources and has assembled from her illegal extrajudicial activities in violation of judicial canon 4 [38]and ABA rules. [39]

45. The illegal extrajudicial RICO affiliations and associations constitute a string of criminal and civil conflicts of interest.

46. The Isicoff Insider Team has incestuous, undisclosed, secretive ties to Laurel Isicoff.

47. The Isicoff Insider Team appeared mysteriously in Barbara's matter at illegal ex parte proceedings of which Barbara had no notice.

48. The Isicoff Insider Team was assembled by Isicoff's extrajudicial activities and civil and criminal conflicts of interest including but not limited to:

   a. Unlawfully, in violation of judicial ethics, Isicoff acted as an officer of the Bankruptcy Bar Association.

   b. The officers include the law firm of Stearns Weaver whose attorneys are standing members of Isicoff's Insider Team.  (See B-3)

   c. Stearns Weaver is on the Isicoff Extortion Team in Barbara's matter, as attorney for the trustee, Joel Tabas. (See B-2).

   d. Unlawfully, in violation of judicial ethics Isicoff has been a member of the Pro Bono Association of the Florida Bar.

   e. The members include the law firm Bast Amron whose attorneys are core insider members of the Isicoff Extortion Team.  (See B-1)

---

Whoever, with the intent of interfering with, obstructing, or impeding the administration of justice, or with the intent of influencing any judge, juror, witness, or court officer, in the discharge of his duty, pickets or parades in or near a building housing a court of the United States, or in or near a building or residence occupied or used ...

[38] **Judicial Canon 4:**
(B) *Civic and Charitable Activities.* A judge may participate in and serve as an officer, director, trustee, or nonlegal advisor of a nonprofit civic, charitable, educational, religious, or social organization, subject to the following limitations:
(1) **A judge should not serve if it is likely that the organization will either be engaged in proceedings that would ordinarily come before the judge or be regularly engaged in adversary proceedings in any court.**

[39] **ABA Rule 3.1: Extrajudicial Activities in General**
A judge may engage in extrajudicial activities, except as prohibited by law* or this Code. However, when engaging in extrajudicial activities, a judge shall not:
(A) participate in activities that will interfere with the proper performance of the judge's judicial duties;
(B) participate in activities that will lead to frequent disqualification of the judge;
(C) participate in activities that would appear to a reasonable person to undermine the judge's independence,* integrity,* or impartiality;*
(D) engage in conduct that would appear to a reasonable person to be coercive; or

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

f.   The illegal extrajudicial RICO associations are engaged in bribes; fabricated, fraudulent bankruptcy fees and the use of the court for other illegal financial benefits and gain.

49. The Isicoff Insider Team is an entrenched and impenetrable arm of the racket.

50. The Isicoff Insider Team are criminally violating mail tampering, fraud and theft laws in conspiracy with Isicoff (See Paragraph C).

51. The Isicoff Insider Team orchestrates pre-planned ex parte farcical decrees that they ex parte file with Isicoff without the knowledge of Barbara;

52. Then Isicoff and the Isicoff Insider Team hold scam, meaningless, rigged, no evidence, kangaroo events in the guise of a hearing to pretend a court proceeding is taking place when the sole purpose of these events is to sign the ex parte illegal void decrees presented to her by the Isicoff Insider Team.

53. See Paragraph C for further illegal activities of the Isicoff Insider Team.

### B-1 DANA R. QUICK

54. Dana Quick, an attorney at Bast Amron was also a prior law clerk for Isicoff.

55. Quick is the attorney for the fraudulent filer of the fabricated, perjured lawsuit against Barbara who is a member of  the Murder for Profit U.S. Sponsored Guardian Racket.

56. Quick is a member of the Isicoff Insider Team.

57. In addition to her illegal acts as a member of the Isicoff Insider Team, Quick is violating bar association rules [40]mandating her disbarment as she has discovered her client's acts are criminal and fraudulent and is mandated to withdraw from representation.

### B-2 JOEL TABAS

58. Joel Tabas, the illegally designated "trustee" who mysteriously appeared in Barbara's matter.

59. Tabas and Isicoff are joined at the hip, working together as a tight impenetrable team. Reference should be made to their vast collusive enterprise.[41]

---

[40] **Rule 4-1.16**
**Rule 4-1.2(d),** a lawyer is prohibited from counseling or assisting a client in conduct that the lawyer knows is criminal or fraudulent.

[41] University Of Miami Will Return $83K In Former Booster ... - NPR
https://www.npr.org › sections › thetwo-way › 2011/12/30
Dec 30, 2011 - ... Freedman, which represents bankruptcy trustee *Joel Tabas*.The settlement must be approved by a bankruptcy court judge, *Laurel Isicoff*, Feb.

UM players won't have to testify in Nevin Shapiro case - South ...
https://www.bizjournals.com › southflorida › news › 2011/12/30 › um-pla...
Dec 30, 2011 - The settlement has to be approved by Judge *Laurel Isicoff*, but the ... the law firm of bankruptcy case trustee *Joel Tabas* was contemplating filing ...

Florida Southern Bankruptcy Court Case 1:18-bk-17608 ...
https://www.inforuptcy.com › filings › flsbke_733603-1-18-bk-17608-wind...

60. Isicoff and Tapas criminally violate the payment provisions of the bankruptcy code.

61. It was reported Isicoff signed off on a bankruptcy settlement WHERE TABAS RECEIVED $13.5 MILLION FROM THE SETTLEMENT.[42]

62. This flagrantly violates 11 USC § 326[43] that limits the compensation paid to a trustee.

---

Jun 26, 2018 - Assigned to: *Laurel* M *Isicoff* Chapter 11. Voluntary Asset ... c/o *Joel Tabas*, trustee (Brenda Nestor) 25 SE 2nd Avenue Suite 248. Miami, FL ...
BofA pays to settle in Shapiro Ponzi scheme | Meland Russin ...
https://melandrussin.com › 2012/08/17 › bofa-pays-to-settle-in-shapiro-po...

Aug 17, 2012 - U.S. Bankruptcy Judge *Laurel* M. *Isicoff* in Miami approved the ... was arranged by Miami attorney *Joel Tabas* of Tabas, Freedman, Soloff, Miller ...
Florida Southern Bankruptcy Court Case 1:18-bk-13717 - Idea ...
*https://app.courtdrive.com › filings › flsbke_729572-1-18-bk-13717-idea-...*
Mar 29, 2018 - Assigned to: *Laurel* M *Isicoff* Chapter 7. Voluntary Asset ... Trustee *Joel* L *Tabas*

Tabas v. Peebles, 1:18-cv-20134 – CourtListener.com
https://www.courtlistener.com › docket › tabas-v-peebles
Jan 11, 2018 - Bankruptcy Transmittal of 1 Bankruptcy Appeal filed by *Joel* L *Tabas* ... *Laurel* M. *Isicoff*, 1-49 pages, Court Reporter: Ouellette and Mauldin.
**ACBJ- 3450_Freedman_FINAL.indd - Tabas Soloff**
www.tabassoloff.com › uploads › files › ACBJ_3450_Freedman_FINAL
U.S. Bankruptcy Judge *Laurel* M. *Isicoff* Ranch Hotel & Spa Miami Beach, nev securities fraud and one count of money ... ney *Joel Tabas* of Tabas, settlement.

$5 million recouped for Nevin Shapiro's victims - Tabas Soloff
www.tabassoloff.com › uploads › files
Sep 10, 2013 - U.S. Bankruptcy Judge *Laurel* M. *Isicoff* is expected to approve ... Since Miami attorney *Joel Tabas* became the trustee for Shapiro's bankrupt ...

Tabas v. Peebles (1:18-cv-20134), Florida Southern District ...
**https://www.pacermonitor.com › public › case › Tabas_v_Peebles**
Jan 11, 2018 - STIPULATION of Dismissal With Prejudice (Joint) by *Joel* L *Tabas* ... *Laurel* M. *Isicoff*, 1-49 pages, Court Reporter: Ouellette and Mauldin.

Tabas v. Lehman (In re Capitol Invs., Inc.) - Casetext
https://casetext.com › ... › June › Tabas v. Lehman (In re Capitol Invs., Inc.)
*LAUREL* M. *ISICOFF*, Bankruptcy Judge. This matter came before me on April 5, 2012 upon the Motion to Dismiss All Claims Asserted by *Joel* L. *Tabas*, Trustee, ...

[42] http://tabassoloff.com/uploads/files/tabas_dailybizreview.pdf
[43] **U.S. Code § 326.Limitation on compensation of trustee:**
(a) In a case under chapter 7 or 11, other than a case under subchapter V of chapter 11, the court may allow reasonable compensation under underline section 330 of this title of the trustee for the trustee's services, payable after the trustee renders such services, not to exceed 25 percent on the first $5,000 or less, 10 percent on any amount in excess of $5,000 but not in excess of $50,000, 5 percent on any amount in excess of $50,000 but not in excess of $1,000,000, and reasonable compensation not to exceed 3 percent of such moneys in excess of $1,000,000, upon all moneys disbursed or turned over in the case by the trustee to parties in interest, excluding the debtor, but including holders of secured claims.
(c) If more than one person serves as trustee in the case, the aggregate compensation of such persons for such service may not exceed the maximum compensation prescribed for a single trustee by subsection (a) or (b) of this section, as the case may be.

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

63. Tabas' obscene, extortive fees has been exposed by the media[44] including the Miami Daily Business who reported [45]

   **"When U.S. Bankruptcy Judge Laurel Isicoff in Miami signed off on the settlement Oct. 21, the total recovery reached about $41 million, of which the Tabas Freedman firm gets to keep about $13.5 million."**

64. These illegal payments are all the more suspect as Laurel Isicoff has failed to provide legible financial disclosure statements.

65. Tabas is an obsessive litigator who is regularly engaged in adversary proceedings and has been sued by or sued others in bankruptcy matters in a **WHOPPING FIFTY SEVEN (57) CASES** filed against and by Joel Tabas, in Federal court alone of which Barbara is aware and the likelihood of additional cases of which Barbara is not aware.

66. Thus, Isicoff's association with him through her extrajudicial association violates Judicial Canon 4 which prohibits Isicoff from participating in organizations wherein their members regularly appear as adversaries in court.

67. Tabas' litigation racket also violates the ethical mandates of the Trustee Program, a corrupt arm of the D.O.J. as reported by the prior attorney general, Defendant John Ascroft as he is acting in conflict of interest in the duty of a trustee to act independently and comply with ethical rules of U.S. Trustee Program.

68. In addition, Tabas is engaged in criminal conflict of interest by being a party to mortgages relating to properties in bankruptcy.

69. Tabas is financially derelict and unfit to act as a trustee as he has an IRS lien against him. [46]

70. Tabas is required to report creditor fraud under 18 USC 152. Instead of reporting the creditor fraud by the filer, Tabas is acting in collusion holding secret back door meeting with the filer, and orchestrated the embezzlement of Stone's assets by fake secret settlement proposals.

## B-3  DREW DILLWORTH

71. Tabas and Drew Dillworth, his attorney are a "packaged team" in Isicoff's color of law court

---

(d) The court may deny allowance of compensation for services or reimbursement of expenses of the trustee if the trustee failed to make diligent inquiry into facts that would permit denial of allowance under <u>section 328(c) of this title</u> or, with knowledge of such facts, employed a professional person under <u>section 327 of this title</u>.

[44] <u>South Florida Lawyers Are Raking In Millions Working in ...</u>
finance.yahoo.com/news/south-florida-lawyers...
Joel L. Tabas of Tabas Soloff in Miami billed the second highest fees, clocking $7.8 million. Tabas disputes the numbers, arguing that although the court's fee report attributes certain figures to ...

[45] <u>https://documents.akerman.com/MostEffectiveLawyers2013.pdf</u>
[46] **2007R0298259**

and act in conspiracy and collusion.

## C.  ADDITIONAL ILLEGAL ACTIVITIES OF  LAUREL ISICOFF

## C-1: THE COLOR OF LAW ISICOFF BANKRUPTCY COURT IS CONTROLLED AND OPERATED IN COLLUSION THE ISICOFF INSIDER TEAM

72. The Isicoff Blackmail Decree was ex parte prepared by and filed by the Isicoff Insider Team.

73. Isicoff's illegal void decrees are all secretly and ex parte prepared and filed by Insider Isicoff Team without Barbara's knowledge.

74. Then these illegal void decrees are all signed by Isicoff exactly as written by the Isicoff Insider Team.

75. The Isicoff Blackmail Decree was ex parte prepared by and filed by the Isicoff Insider Team.

76. Isicoff's illegal void decrees are all secretly and ex parte prepared and filed by Insider Isicoff Team without Barbara's knowledge.

77. Then these illegal void decrees are all signed by Isicoff exactly as written by the Isicoff Insider Team.

78. The Isicoff Insider Team is a tight impenetrable core of RICO Affiliates assembled by Laurel Isicoff by illegal extrajudicial activities in violation of Judicial Canon 4 [47] that illegally **controls her bankruptcy proceedings**.[48]

## C- 2: CRIMINAL RETALIATION BY ISICOFF FOR FILING THIS LAWSUIT

79. Subsequent to the filing of the lawsuit against Laurel Isicoff by Plaintiffs, she has waged a war of retaliation against Barbara; perpetrated human rights atrocities and engaged in an ongoing criminal enterprise by acts including but not limited to:

---

[47] **4. (B)** *Civic and Charitable Activities.* A judge may participate in and serve as an officer, director, trustee, or nonlegal advisor of a nonprofit civic, charitable, educational, religious, or social organization, subject to the following limitations:
**(1) A judge should not serve if it is likely that the organization will either be engaged in proceedings that would ordinarily come before the judge or be regularly engaged in adversary proceedings in any court.**

[48] **https://www.npr.org › sections › thetwo-way › 2011/12/30**
Dec 30, 2011 -  Judge *Laurel Isicoff,*... bankruptcy trustee *Joel Tabas*
**Florida Southern Bankruptcy Court Case 1:18-bk-17608 ...**
Jun 26, 2018 - Assigned to: *Laurel* M *Isicoff* ... *Joel Tabas*, trustee...
Aug 17, 2012 - Bankruptcy Judge *Laurel M. Isicoff* ... attorney *Joel Tabas*
Florida Southern Bankruptcy Court Case 1:18-bk-13717 -
Mar 29, 2018 - Assigned to: *Laurel* M *Isicoff*  Trustee *Joel L Tabas*
Jan 11, 2018 - Bankruptcy Transmittal by *Joel L Tabas* ... *Laurel* M. *Isicoff,*
Bankruptcy Judge *Laurel* M. *Isicoff* attorney *Joel Tabas*
Sep 10, 2013 - Bankruptcy Judge *Laurel* M. *Isicoff  Joel Tabas*  trustee
*LAUREL* M. *ISICOFF,* Bankruptcy Judge. *Joel* L. *Tabas,* Trustee, ...

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

a. Issuing the illegal, void, fraudulent Isicoff Blackmail decree in the guise of an order;

b. Issuing other illegal void fraudulent decrees in the guise of orders to steal and embezzle Barbara's property and fraudulently convey it to the Isicoff Insider Team.

c. Issuing illegal void fraudulent decrees to fraudulently fence, sell and convey the property she has stolen from Barbara to third parties.

d. Issuing illegal void fraudulent decrees in a bribery payment of $25,000 to Janet Pipes from assets she stole from Barbara constitutes **bribery, fencing, embezzlement, larceny and conspiracy in a scheme to defraud Barbara and the government.**

e. Isicoff issued this illegal void fraudulent decree immediately after she was notified of forgery, embezzlement and theft of Barbara's assets by Janet Pipes.  A copy of the forged checks and the theft of Barbara's property by Janet Pipes where she paid herself and her spouse Jerry Pipes money that she stole from Barbara was filed with this court.

### C-3 MAIL TAMPERING; FRAUD AND THEFT

80. In the Isicoff Blackmail Decree, Isicoff illegally decreed Barbara cannot file or receive official court records.

81. Instead, she illegally decreed these records must be transmitted by the Isicoff Insider Team.

82. The interference with the delivery of Barbara's mail is a federal crime of mail theft, tampering and mail fraud. [49]

---

[49] **18 U.S. Code § 1703 - Delay or destruction of** mail **or ...**
https://www.law.cornell.edu/uscode/text/18/1703
Amendments. 1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $500" in subsec. (a) and "fined under this title" for "fined not more than $100" in last par. 1970—Subsec. (a). Pub. L. 91–375, § 6(j)(16)(A), amended subsec.(a) generally, which prior to amendment read as follows: "Whoever, being a postmaster or Postal Service employee ...

**18 U.S.C. § 1341 and 1343 (Mail, Wire, and Bank Fraud)**
 "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both."
**18 U.S.C. Section 1341—Elements of Mail Fraud | JM ...**
**www.justice.gov/archives/jm/criminal-resource...**

83. The Isicoff Insider Team are impersonating a postal worker in violation of 18 U.S.C. § 912 [50]

84. Any such documents entered in the official court records constitute false entries [51]

85. Forcing Barbara to violate the law by filing official court documents anywhere other than in a court of law constitutes extortion and threats.

86. The Isicoff Blackmail Decree also violates and illegally extorts Barbara to violate Rule 5. [52]

## C-4: BY HER OWN ADMISSION, ISICOFF IS ACTING AS A RICO AFFILIATE AND ASSOCIATE

87. Laurel Isicoff issues parallel illegal void orders in collusion and conspiracy with the Lenard Extortion Judgment and Lenard Rights Extortion Decree.

88. In her Blackmail Decree, Isicoff references the illegal void Rape of Rights Decree by her co-conspirator, Joan Lenard that also illegally prohibits Barbara from reporting crimes by the

---

Jan 21, 2020 · United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under... § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).

[49] https://www.ussc.gov/sites/default/files/pdf/training/primers/2018_Primer_RICO.pdf
**18 U.S. Code § 1346 - Definition of "scheme or artifice to ...**
**www.law.cornell.edu/uscode/text/18/1346**
MAIL FRAUD AND OTHER FRAUD OFFENSES ... 18 U.S. Code § 1346. ... defraud" includes a scheme or artifice to deprive another of the intangible right of honest ...

[50] **18 U.S. Code § 912 - Officer or employee of the United ...**
**https://www.law.cornell.edu/uscode/text/18/912**
Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.

[51] **18 U.S. Code § 1519 - Destruction, alteration, or ...**
https://www.law.cornell.edu/uscode/text/18/1519
Jul 30, 2002 · 18 U.S. Code § 1519. Destruction, alteration, or falsification of **records** in Federal investigations and bankruptcy. Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any **record,** document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within …
**8 U.S. Code § 1324c - Penalties for document fraud | U.S ...**
https://www.law.cornell.edu/uscode/text/8/1324c
to forge, counterfeit, **alter**, or falsely make any document for the purpose of satisfying a requirement of this chapter or to obtain a benefit under this chapter, (2) to use, attempt to use, possess, obtain, accept, or receive or to provide any forged, counterfeit, altered, or falsely made document in order to satisfy any requirement of this ...

[52] Rule 5. Serving and Filing Pleadings and Other Papers
    (2) *Nonelectronic Filing*. A paper not filed electronically is filed by delivering it:
        (A) to the clerk; or
        (B) to a judge who agrees to accept it for filing, and who must then note the filing date on the paper and promptly send it to the clerk.

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

filer of the fraudulent, fabricate lawsuit against Barbara and the crimes of his unnamed "Affiliates" and "Associates."

89. Thus, by her Blackmail Decree attempting to prohibit Barbara from suing her, Isicoff thereby identifies herself as a RICO "Affiliate" and "Associate" of the Filer of the fraudulent lawsuit.

### C-5: ISICOFF DOES NOT HAVE AND NEVER HAD JURISDICTION

90. **Under U.S. Supreme Court law that Isicoff never had and does not have any jurisdiction over this matter of a fraudulent conveyance:**

   a. *Granfinanciera, S. A. v. Nordberg*, 492 U.S. 33, 56 (1989).
The party therein sought to avoid a fraudulent transfer. The Supreme Court held: "Congress lacks the power to strip parties who are contesting matters of private right of their constitutional right to a jury trial.

   b. *Stern v. Marshall*, 564 U.S. 462 (2011). The U.S. Supreme Court held that a <u>bankruptcy court</u>, as a <u>non-Article III</u> court lacked constitutional authority under Article III of the U.S. Constitution to enter a final judgment on a state law counterclaim that is not resolved in the process of **ruling on a creditor's proof of claim.**

   c. Since bankruptcy courts may not constitutionally hear fraudulent conveyance claims any **judgment entered by the bankruptcy court on such claims is void**. The fact that a bankruptcy court does not have the constitutional authority to decide such cases means the bankruptcy court lacks subject matter jurisdiction.

91. Moreover, Isicoff never had jurisdiction as she is a non-Article III judicial public servant and has no Article III authority to overturn the fraudulent void judgment.

92. The fraudulent conveyance /fabricated judgment is void as a matter of law and must be set aside by a court acting with jurisdiction. [53]

93. The "bankruptcy proceeding" is and has always been a sham, illegal and void.

### C-5: EVEN IF ISICOFF HAD JURISDICTION, SHE IS DISQUALIFIED AS A PARTY TO CRIMES

---

[53] *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944), the leading <u>United States Supreme Court</u> case dealing with fraud. The Court stated: "..tampering with the administration of justice in the manner indisputably shown here involves far more than an injury to a single litigant. It is a wrong against the institutions set up to protect and safeguard the public, institutions in which fraud cannot complacenty be tolerated consistently with the good order of society. Surely it cannot be that preservation of the integrity of the judicial process must always wait upon the diligence of litigants. The public welfare demands that the agencies of public justice be not so impotent that they must always be mute and helpless victims of deception and fraud." The Court held that the court of appeals had "both the duty and the power to vacate its own judgment and to give the district court appropriate directions" to set aside its judgment entered pursuant to the Third Circuit's previous mandate and to reinstate its original judgment denying relief to Hartford.

94. Not only is Unlawful Public Servant Isicoff illegally acting without jurisdiction, but even if she had jurisdiction, she is **PRIMA FACIE DISQUALIFIED as a matter of law under** 28 U.S.C. 455 on countless grounds including but not limited to:

   **a.** she is a material witness, i.e. she will be a witness to her own illegal acts;

   **b.** has a personal knowledge of disputed evidentiary facts concerning the proceeding;

   **c.** has an interest that could be substantially affected by the outcome;

   **d.** has failed to provide legible financial statements to show if she has a financial interest;

   **e.** uses insiders she has illegally assembled by her illegal extrajudicial activities in violation of judicial canons that mandate her disqualification;

   **f.** she makes illegal payments to the Isicoff Insider Team.

## C-6: BRIBES, KICKBACKS AND OTHER ILLEGAL FINANCIAL GAIN AND BENEFIT

95. Laurel Isicoff issues illegal astronomical fees to the Isicoff Criminal Conspirator Team [54] that violate 11 U.S. Code § 326 [55] limiting compensation (the "Isicoff Illegal/Suspect Payments").

96. Isicoff has illegally awarded more than $10,000,000 in fees over the limit permitted by law as reported in at least one known case. [56]

---

[54] South Florida Lawyers Are Raking In Millions Working in ...
finance.yahoo.com/news/south-florida-lawyers...
Joel L. Tabas of Tabas Soloff in Miami billed the second highest fees, clocking $7.8 million.

[55] **11 U.S. Code § 326.Limitation on compensation of trustee**

[56] UM players won't have to testify in Nevin Shapiro case - South ... https://www.bizjournals.com › southflorida › news › 2011/12/30 › um-pla... Dec 30, 2011 - The settlement has to be approved by Judge Laurel Isicoff, but the ... the law firm of bankruptcy case trustee Joel Tabas was contemplating filing ...

Florida Southern Bankruptcy Court Case 1:18-bk-17608 ... https://www.inforuptcy.com › filings › flsbke_733603-1-18-bk-17608-wind... Jun 26, 2018 - Assigned to: Laurel M Isicoff Chapter 11. Voluntary Asset ... c/o Joel Tabas, trustee (Brenda Nestor) 25 SE 2nd Avenue Suite 248. Miami, FL ... BofA pays to settle in Shapiro Ponzi scheme |

Aug 17, 2012 - U.S. Bankruptcy Judge Laurel M. Isicoff in Miami approved the ... was arranged by Miami attorney Joel Tabas of Tabas, Freedman, Soloff, Miller ... Florida Southern Bankruptcy Court Case 1:18-bk-13717 - Idea ... https://app.courtdrive.com › filings › flsbke_729572-1-18-bk-13717-idea-... Mar 29, 2018 - Assigned to: Laurel M Isicoff Chapter 7. Voluntary Asset ... Trustee Joel L Tabas

Tabas v. Peebles, 1:18-cv-20134 – CourtListener.com https://www.courtlistener.com › docket › tabas-v-peebles Jan 11, 2018 - Bankruptcy Transmittal of 1 Bankruptcy Appeal filed by Joel L Tabas ... Laurel M. Isicoff, 1-49 pages, Court Reporter: Ouellette and Mauldin.

ACBJ- 3450_Freedman_FINAL.indd - Tabas Soloff www.tabassoloff.com › uploads › files › ACBJ_3450_Freedman_FINAL U.S. Bankruptcy Judge Laurel M. Isicoff Ranch Hotel & Spa Miami Beach, nev securities fraud and one count of money ... ney Joel Tabas of Tabas, settlement.

$5 million recouped for Nevin Shapiro's victims - Tabas Soloff www.tabassoloff.com › uploads › files Sep 10, 2013 - U.S. Bankruptcy Judge Laurel M. Isicoff is expected to approve ... Since Miami attorney Joel Tabas became the trustee for Shapiro's bankrupt ...

97. It is reported Laurel Isicoff signed a bankruptcy settlement where an Isicoff Insider Team trustee received **$13.5 million**.[57] **By law, he was limited to approximately $1,000,000.**

98. This illegal payment by Laurel Isicoff violates 18 U.S.C. § 641; 18 U.S.C. § 645; 18 U.S.C. § 654; 18 U.S.C. § 872. U.S.C.§ 880; and 18 U.S.C.§ 912.

99. These illegal payments constitute bribes, kickbacks and other illegal financial gain.[58]

---

**South Florida Lawyers Are Raking In Millions Working in ... finance.yahoo.com/news/south-florida-lawyers... Joel L. Tabas of Tabas Soloff in Miami billed the second highest fees, clocking $7.8 million. Tabas disputes the numbers, arguing that although the court's fee report attributes certain figures to ...**

http://tabassoloff.com/uploads/files/tabas_dailybizreview.pdf
Dec 30, 2011 - ... Freedman, which represents bankruptcy trustee *Joel Tabas*.The settlement must be approved by a bankruptcy court judge, *Laurel Isicoff*, Feb.

UM players won't have to testify in Nevin Shapiro case - South ...
https://www.bizjournals.com › southflorida › news › 2011/12/30 › um-pla...
Dec 30, 2011 - The settlement has to be approved by Judge *Laurel Isicoff*, but the ... the law firm of bankruptcy case trustee *Joel Tabas* was contemplating filing ...

Florida Southern Bankruptcy Court Case 1:18-bk-17608 ...
https://www.inforuptcy.com › filings › flsbke_733603-1-18-bk-17608-wind...
Jun 26, 2018 - Assigned to: *Laurel* M *Isicoff* Chapter 11. Voluntary Asset ... c/o *Joel Tabas*, trustee (Brenda Nestor) 25 SE 2nd Avenue Suite 248. Miami, FL ...

BofA pays to settle in Shapiro Ponzi scheme | Meland Russin ...
https://melandrussin.com › 2012/08/17 › bofa-pays-to-settle-in-shapiro-po...
Aug 17, 2012 - U.S. Bankruptcy Judge *Laurel* M. *Isicoff* in Miami approved the ... was arranged by Miami attorney *Joel Tabas* of Tabas, Freedman, Soloff, Miller ...

Sep 10, 2013 - U.S. Bankruptcy Judge *Laurel* M. *Isicoff* is expected to approve ... Since Miami attorney *Joel Tabas* became the trustee for Shapiro's bankrupt ...

Tabas v. Peebles (1:18-cv-20134), Florida Southern District ...
https://www.pacermonitor.com › public › case › Tabas_v_Peebles
Jan 11, 2018 - STIPULATION of Dismissal With Prejudice (Joint) by *Joel* L *Tabas* ... *Laurel* M. *Isicoff*, 1-49 pages, Court Reporter: Ouellette and Mauldin.

ACBJ- 3450_Freedman_FINAL.indd - Tabas Soloff
www.tabassoloff.com › uploads › files › ACBJ_3450_Freedman_FINAL
U.S. Bankruptcy Judge *Laurel* M. *Isicoff* Ranch Hotel & Spa Miami Beach, nev securities fraud and one count of money ... ney *Joel Tabas* of Tabas, settlement.

[57] **DECEMBER 9, 2013 DAILY BUSINESS REVIEW -**
tabassoloff.com/uploads/files/tabas_dailybizreview.pdf
When U.S. Bankruptcy Judge Laurel Isicoff in Miami signed off on the settlement the total recovery reached about $41 million, of which the Tabas Freedman firm gets to keep about $13.5 million.

[58] 18 U.S. Code § 201 - Bribery of public officials and witnesses
 (c)Whoever—
(1)otherwise than as provided by law for the proper discharge of official duty—
(A)directly or indirectly gives, offers, or promises anything of value to any public official, former public official, or person selected to be a public official, for or because of any official act performed or to be performed by such public official, former public official, or person selected to be a public official; or
(B)being a public official, former public official, or person selected to be a public official, otherwise than as provided by law for the proper discharge of official duty, directly or indirectly demands, seeks, receives, accepts, or

## C-7: SHAM, MEANINGLESS SHAM "NO-EVIDENCE" EVENTS IN THE GUISE OF "HEARINGS'

100. Isicoff sets unilateral meaningless hearing illegally barring evidence.

101. Isicoff's notices state no evidence is to be provided at her color of law hearings.

102. Barbara is attacked by outlandish lies and perjury that are used to enable Isicoff to issue illegal void orders on fake, perjured, farcical "facts" and fabricated "law."

## C-8: PATTERN AND PRACTICE OF NO JURISDICTION "DISMISSALS' OF HER OWN APPEALS

103. Isicoff issued an illegal, void, fraudulent decree that Barbara cannot appeal or seek remedy to her illegal, void, fraudulent decrees.

104. Isicoff issued the same illegal void fraudulent decree in Robert's matter.

105. The illegal void dismissal of her own appeals is a pattern and practice [59]

106. These illegal dismissals of her own appeals which are a matter of right [60] constitute a host of Federal criminal violations including fabricating court records and constitute Predicate Acts in her racketeering enterprise.

107. Robert's due process and criminally deprived him of rights under color of law by failing to adjudicate the matter on the merits and instead, defaming Robert with false "frivolous" slurs.

108. These illegal, void decrees are colluded and conspired by her extrajudicial affiliates and associates in the next tier.

109. These illegal void fraudulent decrees also constitute criminal retaliation.

## C-9: FAILURE TO PROVIDE AND/OR FILE FINANCIAL DISCLOSURE STATEMENTS IN CIVIL AND CRIMINAL VIOLATION OF LAW

110. Laurel Isicoff has failed to provide legible financial disclosure statements as required under by law which contains civil and criminal penalties for failure to disclose.

---

agrees to receive or accept anything of value personally for or because of any official act performed or to be performed by such official or person;

shall be fined under this title or imprisoned for not more than two years, or both.

[59] **Pinillo (1:15-cv-23966), Florida Southern District Court (pacermonitor.com)**

**order Order to Vacate Mon 12/28 4:19 PM**

Order Granting Motion to Vacate Order Dismissing Bankruptcy Appeal
Signed by Bankruptcy Judge Laurel M. Isicoff on 12/21/2015. (vp)
[60] Rule 4. Appeal as of Right

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

111. Isicoff is required to file her financial disclosure statements ("Financials") [61]pursuant to the Ethics in Government Act of 1978 (the "Act") [62] promulgated by Congress.

112. Isicoff has not furnished legible Financials to Barbara.

113. The failure to file Financials is a criminal violation of section 104 of the act. [63]

114. The failure of Isicoff to provide legible Financials is of particular significance as a result of her illegal payments to the Isicoff Insider Team; leaving any reasonable person to suspect bribes, kickbacks, payoffs and money laundering.

115. Isicoff has also failed to disclose the holding of her spouse who owns a salvage company who any reasonable person would suspect benefits from the properties that are illegally confiscated by Isicoff and the Isicoff Insider Team.

### C-10: OTHER ETHICAL BREACHES AND VIOLATIONS

116. The members of the Isicoff Insider Team are ordinarily before her thus Isicoff is in violation of Judicial Canon 4.

117. The members of the Isicoff Insider Team are regularly engaged in adversary proceeding in any court thus Isicoff is in violation of Judicial Canon 4.

118. The trustee member of the Isicoff Insider Team, Joel Tabas routinely and illegally sues persons in bankruptcy in criminal conflict of his duty as a trustee to act independently thus Isicoff is in violation of Judicial Canon 4.

119. The collusion with the Isicoff Insider Team constitutes an appearance of impropriety in

---

[61] The Office of Government Ethics is the federal agency that has been designated pursuant to the Ethics in Government Act of 1978to oversee and receive the financial disclosure statements of federal employees. Pursuant to the Ethics in Government Act of 1978, a federal employee is responsible to file a financial disclosure statement within 30 days of assuming their position. Laurel M. Isicoff has been a federal employee for 14 years and is required to have submitted her financial disclosure for each of the years in which she has been a federal employee.

[62] https://legcounsel.house.gov/Comps/Ethics%20In%20Government%20Act%20Of%201978.pdf

[63] SEC. 104. (a)(1) The Attorney General may bring a civil action in any appropriate United States district court against any individual who knowingly and willfully falsifies or who knowingly and willfully fails to file or report any information that such individual is required to report pursuant to section 102.

The court in which such action is brought may assess against such individual a civil penalty in any amount, not to exceed $50,000.

(2)(A) It shall be unlawful for any person to knowingly and willfully— (i) falsify any information that such person is required to report under section 102; and (ii) **fail to file or report any information that such person is required to report under section 102**. (B) Any person who— (i) violates subparagraph (A)(i) shall be fined under title 18, United States Code, imprisoned for not more than 1 year, or both; and (ii) violates subparagraph (A)(ii) shall be fined under title 18, United States Code.

(b) The head of each agency, each Secretary concerned, the Director of the Office of Government Ethics, each congressional ethics committee, or the Judicial Conference, as the case may be, shall refer to the Attorney General the name of any individual which such official or committee has reasonable cause to believe has willfully failed to file a report or has willfully falsified or willfully failed to file information required to be reported.

violation of Judicial Canon 2A. [64]

120. There isn't a remote appearance of impartiality [65] as all that is taking place are farcical, sham, meaningless, kangaroo events in a ruse to issue fabricated, fraudulent decrees to further execute the embezzlement and looting of Barbara's assets.

121. Isicoff and the Isicoff Insider Team track Barbara down at her home to harass, intimidate and stalk her with multiple duplicates of illegal "decrees," sham "hearings" and fraudulent documents.

## C -11: PATTERN AND PRACTICE OF LAWLESS AND IRRATIONAL CONDUCT

122. Isicoff's lack of reason, logic and control of her faculties is by her bizarre "decrees" is dangerous and terrifying.

123. Not only are these tactics the classic elements of a racket but these irrational pronouncements by Isicoff put Barbara and Robert and the public in grave fear and mental anguish.

124. As she has illegally barred Barbara from appearing in her own matter, she barred a prominent out of state bankruptcy attorney who quickly became savvy to her racket and exposed her deviate conduct as "a few French Fries shy of a Happy Meal [66] and destroyed his career.

125. A criminal complaint has been filed against her by Jeffrey Norkin (on record with Defendant Nadler and Graham and by John Westley (Exhibit B).

---

[64] **Canon 2A.** An appearance of impropriety occurs when reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry, would conclude that the judge's honesty, integrity, impartiality, temperament, or fitness to serve as a judge is impaired. Public confidence in the judiciary is eroded by irresponsible or improper conduct by judges, including harassment and other inappropriate workplace behavior. A judge must avoid all impropriety and appearance of impropriety.

[65] The lawlessness of the judiciary is so pervasive that a retired judge, Justice John F. Molloy felt compelled to write a book entitled *The Fraternity: Lawyers and Judges in Collusion.* Justice Molloy states:
  **Lawyer domination:** When a lawyer puts on a robe and takes the bench, he or she is called a judge. But in reality, when judges look down from the bench they are lawyers looking upon fellow members of their fraternity. **In any other area of the free-enterprise system, this would be seen as a conflict of interest.** When a lawyer takes an oath as a judge, it merely enhances the ruling class of lawyers and judges. **Surely it's time to question what has happened to our justice system and to wonder if it is possible to return to a system that truly does protect us from wrongs.**

[66] French Fry Remark Proves Costly For McDermott Head - www.law360.com/articles/27556/french-fry-remark. Smith's verbal gaffe cost him Mount Sinai as a client.
https://www.chicagobusiness.com/article/20070619/NEWS04/200025379/client-drops-happy-meal-lawyer-s-firm
https://myshingle.com/2007/05/articles/ethics-malpractice-issues/you-know-what-this-judge-was-a-fewfries-shy-of-a-happy-meal

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

## IV. CLAIMS AGAINST FORMER ATTORNEY GENERAL JOHN ASHCROFT

126. The allegations set forth in Paragraphs 1 - 125 are incorporated herein.

127. The massive corruption and lawlessness of the bankruptcy court is virally reported. [67]

---

[67] **www.dailykos.com/stories/2012/5/5/1089083/-**Bankruptcy court corruption is not just a matter of bankruptcy trustees in collusion with corrupt bankruptcy judges. The corruption is supported, and justice hindered by high ranking officials in .

**JUDICIAL CORRUPTION IN OUR BANKRUPTCY COURTS** griffin-house.com/corruption
Judicial Corruption in Our Bankruptcy Courts: is worse than the abusive government seizure laws which have gained some media exposure lately. Instead of simply seizing our assets, we are forced to sit there and observe the convoluted and corrupted "process" in slow motion.

**Description of endemic corruption in the bankruptcy courts.**
www.defraudingamerica.com/bankruptcy_court_corruption.html   Another of America's Covered Up Criminal Enterprises An area of corruption that is virtually unknown to the people is that occurring in the federal bankruptcy courts. The corruption is described in various books, including Defrauding America and Unfriendly Skies:

**http://www.bankruptcymisconduct.com/new/ Bankruptcy Corruption**
bankruptcycorruption.blogspot.com
Victims of our Federal Bankruptcy Courts across the country are crying out for justice! Since none can be had in the courts themselves we have resorted to telling our stories via blogs, dedicated websites designed to
make others aware of the horrors we have experienced,

**STOP JUDICIAL CORRUPTION IN OUR BANKRUPTCY COURTS - change.org**
www.change.org/p/president-of-the-united-states...
JUDICIAL CORRUPTION IN OUR BANKRUPTCY COURTS is Economic Terrorism perpetrated against Mom & Pop Creditors. There is a very strong consensus surrounding the issue of bankruptcy fraud, however, it is not being addressed as a core issue. We need to trust that our judicial system and our law ...

**Conflict of Interest - Bankruptcy Misconduct**
bankruptcymisconduct.com/new/issues/conflict-of-interest...
The media has been assisting the Bankruptcy Rings as they dutifully report what lawyers themselves have been calling a "failure to disclose" when a conflict of interest crime surfaces. While failure might sound bad enough to some, the correct word is fraud. Congress anticipated the compelling financial incentive corrupt bankruptcy lawyers, so ...

**STOP   JUDICIAL   CORRUPTION   IN   OUR   BANKRUPTCY   COURTS   -**change.org
www.change.org/p/president-of-the-united-states... The corruption has advanced to punishing any and all who mention the criminal acts of trustees and organized crime operating through the United States Bankruptcy Courts. As though greed is not enough, the trustees, in collusion with others, intentionally go forth to destroy lives.

**Corrupt bankruptcy trustee and attorney corruptbankruptcytrustee.blogspot.com** A complaint filed with the U.S. Bankruptcy Court for the Northern District of Illinois accuses David R. Brown of racketeering and fraud. Mr. Brown, an attorney at the law firm of Springer Brown Covey Gaertner & Davis, allegedly filed hundreds of false fraud claims to obtain quick cash settlements from creditors of the bankruptcy estate.

**ABSURD - Bankruptcy Judges are picked by Circuit Courts** ..
www.democraticunderground.com/100211478573 "Bankruptcy court corruption is not just a matter of bankruptcy trustees in collusion with corrupt bankruptcy judges. The corruption is supported, and justice hindered by high ranking officials in the United States Trustee Program. The corruption has advanced to punishing any and all who mention the criminal acts of trustees and organized crime operating through the United States Bankruptcy Courts.

https://rense.com/general64/skold.htm

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

128. The crimes that takes place in the bankruptcy court are intimately known to and have been exposed by Defendant former Attorney General, John Ashcroff.

129. He reported the pandemic bankruptcy corruption in a speech at the Hague set forth below.

130. It is significant that the speech was delivered at the Hague, the location of the International Criminal Court. The International Criminal Court was established to investigate "Crimes Against Humanity" as are the bankruptcy atrocities.

131. Defendant John Ashcroft's statement at the Hague Global Forum on Corruption is below:

*Judicial Tyranny*

## A CULTURE OF JUDICIAL ARROGANCE AND CORRUPTION

*"Bankruptcy court corruption is not just a matter of bankruptcy trustees in collusion with corrupt bankruptcy judges. The corruption is supported, and justice hindered by high ranking officials in the United States Trustee Program. The corruption has advanced to punishing any and all who mention the criminal acts of trustees and organized crime operating through the United States Bankruptcy Courts. As though greed is not enough, the trustees, in collusion with others, intentionally go forth to destroy lives. Exemptions provided by law are denied debtors. Cases are intentionally, and unreasonably kept open for years. Parties in cases are sanctioned to discourage them from pursuing justice. Contempt of court powers are misused to coerce litigants into agreeing with extortion demands. This does not ensure integrity and restore public confidence."*

132. Summary of Attorney General Aschcroft's statements:

*"OUR COURTS SHOULD NOT BE COLLECTION AGENCIES FOR CROOKS."*

*"THE AMERICAN PUBLIC, VICTIMIZED AND HELD HOSTAGE BY BANKRUPTCY COURT CORRUPTION, HAVE NO WHERE TO TURN."*

"Bankruptcy court **corruption** is not just a matter of bankruptcy trustees in **collusion** with **corrupt** bankruptcy judges. The **corruption** is supported, and **justice hindered** by high ranking officials in the United States Trustee Program" **emphasis** added

- There are Corrupt bankruptcy judges
- Bankruptcy trustees act in collusion with corrupt bankruptcy judges
- Justice hindered by high ranking officials in the United States Trustee Program
- Corruption has advanced to punishing any and all who mention the criminal acts
- Organized crime operating through the United States Bankruptcy Courts
- [U.S.] trustees, in collusion with others, intentionally go forth to destroy lives.
- Cases are intentionally, and unreasonably kept open for years.
- Parties in cases are sanctioned to discourage them from pursuing justice.
- Contempt of court powers are misused to coerce litigants
- [Corrupt's] coerce litigants into agreeing with extortion demands

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

- American public, is victimized and held hostage by bankruptcy court corruption,
- held hostage by bankruptcy court corruption, have nowhere to turn

133. **In the face of rampant and explosive corruption, Defendant John Ashcroft, while acting as attorney general with his  main duty to investigate public corruption and protect the public, instead,  did nothing, thereby acting in colllusion.**

134. Plaintiffs seek treble damages against Defendant John Ashcroft.

## V. CLAIMS AGAINST U.S. INSPECTOR GENERAL MICHAEL E. HOROWITZ

135. The allegations set forth in Paragraphs 1 - 134 are incorporated herein.

136. Plaintiffs have already documented the conspiracy and collusion by Defendant Michael E. Horowitz who is routinely sent copies of their criminal complaints and pleadings exposing the Murder for Profit U.S. Sponsored Guardian Racket and the inextricably intertwined retaliation, looting, embezzlement and extortion rackets.

137. A copy of a "Dear  Friend" letter by Federal law enforcement criminally ignoring Barbara's filings has previously been  filed with the court and is included as Exhibit C.

138. Plaintiff seek treble damages against Defendant Michael E. Horowitz.

## VI. THE MATTERS HEREIN CONSTITUTE A NATIONAL SECURITY BREACH, NATIONAL SECURITY THREAT AND NATIONAL EMERGENCY

139. __These dangerous acts herein constitute a national security breach.__ [68]

140. The public has characterized these acts as judicial terrorists and the identity and acts of these judicial terrorists are being virally exposed.[69]

---

[68] **Executive Order 10450--Security requirements for Government employment**

[69]**RECOGNIZING AND DEALING WITH MODERN JUDICIAL TERRORISM**
**https://newswithviews.com/JBWilliams/williams116.htm**
When running down the laundry list of modern threats to freedom and liberty in America, atop that list is the corrupt and anti-constitution nature of today's **judicial** branch. Without a genuine respect for the rule of law and reverence
**OPINION: One man's judicial terrorism Newsroom Panama**
**https://newsroompanama.com/opinion/opinion-one-mans-judicial-terrorism**
The justice system has been distorted, to the point that it has become a terrorist instrument, seeking to intimidate not only judicial officials but journalists, the media, even citizens who oppose or criticize it.
 **Domestic Abuse Survivors and "Judicial Terrorism ...**
 https://lostmessiahdotcom.wordpress.com/2020/11/05/...
Nov 05, 2020 · **Judicial terrorism** is a term being coined for a situation when the courts are used by abusers against abuse survivors. The article below relates specifically to that use of the term. Abuse victims and assault victims, who find the courage to seek legal assistance are by their very nature unique. The decision to confront an abuser is already crippling.
**More Judicial Terrorism in Isabella County Michigan**

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

141. This court is mandated to take Immediate and Emergency action to remedy these illegal acts as required by 42 U.S.C. 1986, 18 U.S.C. 2, 3, and 4 and judicial ethics.

## VII. STATEMENT OF CLAIMS, CAUSES OF ACTION AND COUNTS AGAINST ADDITIONAL DEFENDANTS IV.

### A.  STATEMENT OF CLAIMS AND CAUSES OF ACTION

142. The allegations set forth in Paragraphs 1 - 141 are incorporated herein.

143. The claim and causes of action set forth in the Complaints are hereby supplemented to include the Additional Defendants IV.

144. These claims include:

   a.  Conversion and theft;

   b.  Fencing, selling and trading in stolen property;

   c.  "RICO Predicate Acts" as defined in and in violation of 18 U.S.C. 1961-1964;

   d.  A scheme to financially defraud in violation of 18 U.S.C.§ 1341 - Frauds and swindles and 18 U.S.C. § 1346;

   e.  Extortion and threats in violation of 18 U.S.C. Chapter 41 - Extortion and Threats;

   f.  Coercion and intimidation in violation of 42 U.S.C. § 3617 - Interference, coercion, or intimidation;

   g.  Obstruction of Justice in violation of 18 U.S.C.§ 1503 and § 1505;

   h.  fabricated, false and fraudulent statements and document fraud in criminal violation of 18 U.S. Code § 1038.

   i.  False information and hoaxes and 18 U.S. Code § 1001 - Statements or entries generally;

### B.  COUNTS AGAINST ADDITIONAL DEFENDANTS IV

145. Violation of Federal Rights (42 U.S.C. § 1983) and State Rights;

146. Racketeering in violation of 18 U.S.C 1961-1964;

147. Theft and conversion;

148. Dealing in, trading and fencing stolen property;

---

**Judicial Terrorism Book | Justice4NY**
https://justice4ny.com/judicial-terrorism-book
**Judicial Terrorism** Book This book is dedicated to all those who have suffered because of the illegal actions of our corrupt state and federal judiciaries. Make it a reality that no one is above the law, that our legal system must protect the innocent and punish the wrongdoers, that the promise of equal justice must be a reality for every American.
**America Wakes Up To** Find Its Judicial Branch Infiltrated ...
pennsylvaniacourtwatch.com/news-views/america...
Dec 25, 2017 · The lesson here is that the existence of a **justice system** based on profit has destroyed the integrity of the U.S. government. Only by the efforts of private citizens is there any shred of hope that order will be restored to America. Clearly, **the Judicial** …

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

149. Civil Conspiracy;

150. Fraud, False Evidence, Perjury;

151. Breach of Fiduciary Duties and Oath of Office;

152. Professional Negligence and Malpractice;

153. Negligence;

154. Pain and suffering; emotional distress; loss of liberty and property; harassment and mental anguish from cruelty;

155. Slander and Defamation'

156. Retaliation; and

157. Criminal liability for criminal conspiracy and RICO; pillaging and looting and other human rights atrocities.

## VIII. RELIEF SOUGHT AGAINST DEFENDANTS IV

158. Barbara seeks and is entitled to recover damages, including economic, non-economic, compensatory, punitive and treble damages against Additional Defendants IV, all according to jury trial.

159. Robert seeks compensatory, punitive and treble damages against Defendants Horowitz and Ashcroft.

160. Plaintiffs seeks, as mandated by Congress where documented allegations of criminal acts are made in a civil proceeding, this court is mandated to order a criminal investigation.

161. Plaintiffs seek Jury trial as required by the Constitution on damages in the amounts set forth herein.

162. Plaintiffs seek Whistleblower/Witness Protection.

163. Plaintiffs seek any other award that this Court deems just and proper.

## IX. MANDATORY EMERGENCY AND URGENT RELIEF REQUIRED

164. The allegations in Paragraphs 1 –163 are incorporated herein.

165. It is irrefutable that this is a dire emergency as Plaintiffs' safety, property and rights have been stolen and stripped.

166. **There are no defenses or explanations nor has there been any refute or denial to ANY of these statements of truth made by Barbara and Robert.**

167. The inviolate right to redress was avowed by Justice Harlan in the Supreme Court case *Baltimore & Ohio R. Co.* 207 U.S. 142 (1907), stating:  **"the right to sue and defend in the courts is the alternative of force."**

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

168. The Declaration of Independence provides for preservation and protection of unalienable rights, stating: "all men are created equal, that they are endowed by their Creator with certain unalienable rights like life, liberty and the pursuit of happiness." **These rights cannot be bartered away, or given away, or taken away except in punishment of crime.**

169. Governments are instituted to "secure," not grant or create, these rights.

170. Alexander Hamilton emphasized in Federalist 78 courts were designed to be "bulwarks of a limited Constitution." The Constitution was written to limit government power, but those limits are meaningless unless judges *enforce the Constitution* and restrain public officials when they overstep their bounds.

171. The acts of moral turpitude [70] by these extrajudicial public servant violate a staggering array of Federal Criminal Laws including False Claims Act, 31 U.S.C. § 3729; Hobbs Act, 18 U.S.C. § 1951; 18 U.S.C. § 2 and § 3; 18 U.S.C. § 4; 18 U.S.C. § 371; 18 U.S.C. § 373.

172. See *Rosemond v. United States*, 134 S. Ct. 1240, 1245 (2014)("[T]hose who provide knowing aid to persons committing federal crimes, with the intent to facilitate the crime, are themselves committing a crime").

173. Plaintiffs object and deeply resent being forced into the position of a whistleblower against their will, to "uncover falsehoods" and report endless crimes to **protect their property and rights** that are ruthlessly raped and stripped in the guise of a court proceeding.

174. This dark and dangerous matter is repugnant to perception of the courts as institutions of integrity and justice.

175. This Court is mandated under 42 USC 1986 to protect Barbara and Robert from existing; clear and present and imminent danger and irreparable harm.

176. It is unconscionable to subject Barbara and Robert to further racketeering crimes.

177. This Court is **mandated** to provide relief and is **mandated** pursuant 18 U.S.C. 4 and judicial canons to report the crimes documented herein.

178. It is unconscionable and constitutes an ongoing criminal enterprise in violation of 21 U.S.C. § 848 [71] to subject Barbara and Robert to further racketeering crimes.

---

[70] Moral turpitude is applied to an offense or a crime that is illegal but also shows a person's baseness and depravity. Black's law dictionary

[71] 21 U.S. Code § 848 - Continuing criminal enterprise
(c)"CONTINUING CRIMINAL ENTERPRISE" DEFINED For purposes of subsection (a), a person is engaged in a continuing criminal enterprise if—
(1)he violates any provision of this subchapter or subchapter II the punishment for which is a felony, and
(2)such violation is a part of a continuing series of violations of this subchapter or subchapter II—
(A)which are undertaken by such person in concert with five or more other persons with respect to whom such person occupies a position of organizer, a supervisory position, or any other position of management, and
(B)from which such person obtains substantial income or resources

## X. SPECIAL STATE GRAND JURY AND TRIAL BY JURY

179. The provisions of Paragraphs 1 –178 are incorporated herein.

180. Plaintiffs seek and demand a Special State Grand Jury and a **Trial by Jury** on each claim for damages set out herein as guaranteed by the Constitution.

## XI. OBJECTION TO AND NO CONSENT TO MAGISTRATE

181. The provisions of Paragraphs 1 –180 are incorporated herein.

182. Plaintiffs do not recognize the jurisdiction of any magistrate judge and object and do not consent to a magistrate judge nor any involvement by a magistrate whatsoever.

## XII. OBJECTION TO ANY INTERTWINED DEFENDANT BEING PROVIDED REPRESENTATION BY ANY GOVERNMENT EMPLOYEE

183. The allegations set forth in Paragraphs 1-182 are incorporated herein.

184. The Department of Justice is acting in direct conflict with their mandate to protect the public[72] by their representation of any Defendant who is violating U.S. laws.

185. Moreover, by such acts, the Department of Justice is defending criminal acts and acting as an accomplice and accessory to crimes under 18 U.S.C. § 2 [73]and 18 U.S.C. § 3 [74]

## XIII. RESERVATION OF RIGHTS AND DEMAND FOR EQUITY AND JUSTICE

186. The provisions of Paragraphs 1 –185 are incorporated herein.

---

[72] **https://www.justice.gov/about**
**OUR MISSION STATEMENT**
To enforce the law and defend the interests of the United States according to the law; to ensure public safety against threats foreign and domestic; to provide federal leadership in preventing and controlling crime; to seek just punishment for those guilty of unlawful behavior; and to ensure fair and impartial administration of justice for all Americans.

[73] **18 U.S. Code § 2.Principals**
 (a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.
(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

[74] **18 U.S. Code § 3.Accessory after the fact**
   Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.
   Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

COMPLAINT FOR DAMAGES, JURY TRIAL AND ACCOUNTABILITY

187. Plaintiffs reserve the right to liberally amend and supplement this Complaint as is their right by law and under fundamental principles of the Constitution.

## XIV. NOTICE TO MEDIA AND OTHER INTERESTED PERSONS AND REQUEST FOR PUBLICATION

This lawsuit sets forth the world's most urgent issue and dangerous threat and is of overwhelming public concern and interest.  It is provided to national and international media and other interested parties with a request that they publish it in its entirety and commence and publish an investigative series on this case and the actions in this Court.

Respectfully submitted,

_/s Barbara Stone
Barbara Stone
Barbara.stone.usa@gmail.com
786.696.7816

_/s Robert Sarhan
Robert Sarhan
Drrob2007@yahoo.com
305.358.9971

Address:  333 S.E. 2nd Avenue #2066,      Miami, FL  33131

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed in the District of Columbia case file xpress portal on March 3, 20211

_/s Barbara Stone
Barbara Stone

Cc:  Media and other interested parties

## EXHIBITS

A – Statement of Marla Martin, a victim of the Goodman Cruise Industry Racket

B – Criminal Complaint filed against Isicoff by another  victim.

C – "Dear Friend" letter from  Federal  Law  Enforcement  ignoring  and  conspiring  with atrocities by government employees

**EXHIBIT A**

Criminal Complaint Against Magistrate Judge Jonathan Goodman
Southern District Court of Florida
Case No: 15- CV- 15-21124
Complainant:  Marla Martins

## SUMMARY

1. Martins' 17 year old daughter, Briana Martins, a pre-med student, died while on a holiday cruise with her family.

2. Martins filed a wrongful death lawsuit against the cruise ship.

3. The matter was assigned to magistrate judge Jonathan Goodman who presided without consent by Martins.

4. Goodman is involved in illegal and criminal activities whereby he uses the United States courts to perpetrate a secretive, hidden scheme of "pay-backs" and illegal financial gain within the cruise industry as follows:

    a. In criminal violation of 18 USC § 208 Goodman owns huge interests in the cruise industry that he buries in a multitude of financial funds whose top investments are cruise industry stocks.  These mutual funds include the stocks of the cruise company sued by Martins.

    b. These funds include Vanguard Group; T. Rowe Price; and Blackrock.

    c. Goodman thus controls the outcome of litigation against cruise industry companies wherein he has major financial holdings for his own personal financial gain.

    d. Goodman also holds illegal financial investments in investment funds owned by his prior law firm employer wherein he financially benefits as follows:

        i. Goodman promotes the prior firm, thus also its stock by participating in fund raising events, conferences, and other public events;

        ii. Goodman's prior law firm employer is also a huge investor in the cruise industry, thus Goodman also financially profits from his holding in that fund by his rulings in cruise industry cases which he perfunctory dismisses, forces settlement or otherwise illegally controls.

5. Goodman mischaracterized this wrongful death action as a "medical malpractice" matter to minimize the liability.

6. Goodman attempted to force a "secret settlement" on Martins.

7. In collusion with Goodman, Martins attorney pressured Martins to accept the settlement whereby Goodman interfered with Martins relation with her counsel and caused conflict.

8. When Martins refused to accept the forced settlement, Goodman criminally retaliated against her, using a myriad of insidious tactics:

    a. Goodman blackballed Martins from the legal system, intentionally making it impossible for her to obtain counsel;

    b. Goodman thereby forced her to become sui juris and represent herself;

    c. Goodman dismissed the action with prejudice;

    d. Goodman then publically ridiculed and defamed Martins for being sui juris; viciously attacking her in the media (reference should be made to the newspaper articles enclosed);

    e. Goodman illegally ordered Martins to pay financial sanctions.

The attached pleading by Martins' sui juris describes this matter in further detail.

Respectfully submitted,
_s/ Marla Martins
Marla Martins
7687 Forestay Dr.
Lake Worth, Florida 33467
Marlamartins88@yahoo.com
908.721.1088

Enclosures:

Pleading filed by Martins

Goodman's 2017 Financial Disclosure Statement

Top Stock Holding in Royal Caribbean by Financial Funds owned by Goodman

Link to Media Coverage of Goodman's defamatory; public ridicule and malignment of Martins

https://www.law.com/dailybusinessreview/2019/06/12/florida-judge-sanctions-heedless-pro-se-plaintiff-whose-daughter-died-on-cruise-ship/

https://www.newsweek.com/cruise-ship-death-lawsuit-royal-caribbean-1443853



**Woman Who Called Cruise Ship Company 'Killer' After Her Daughter Died Aboard, Refused $500k Settlement Punished for Abusing Court**

A woman who legally represented herself after declining a $500,000 settlement from a cruise company after the death of her daughter aboard a ship has been sanctioned by a judge. Martin Mbugua, who...

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 9 | Goodman, Jonathan | 07/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Inclusion those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 2. | Rental Property #1, Lauderdale, FL | D | Rent | L | W | | | | | |
| 3. | IRA #1 (H) | | | | | | | | | |
| 4. | Bank (cash) (cash accounts) | A | Interest | J | T | | | | | |
| 5. | IRA #2 (H) | | | | | | | | | |
| 6. | T. Rowe Price, Health Sciences (PRHSX) | B | Dividend | K | T | | | | | |
| 7. | T. Rowe Price New Am. Growth (PRWAX) | B | Dividend | M | T | | | | | |
| 8. | T. Rowe Price New Horizons (PRNHX) | B | Dividend | M | T | | | | | |
| 9. | T. Rowe Price Science & Techn. (PRSCX) | B | Dividend | L | T | | | | | |
| 10. | IRA #3 (H) | | | | | | | | | |
| 11. | Neuberger/Berman Large Cap Value Investor (NPRTX) | B | Dividend | K | T | | | | | |
| 12. | IRA #4 (H) | | | | | | | | | |
| 13. | Neuberger/Berman Large Cap Value Investor (NPRTX) | B | Dividend | K | T | | | | | |
| 14. | IRA #5 (H) | | | | | | | | | |
| 15. | Fidelity Cash Stock Index | | None | J | T | | | | | |
| 16. | Fidelity Equity 500 Index | | None | J | T | | | | | |
| 17. | Fidelity Multimanager Aggr. Equity | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A. $1,000 or less | B. $1,001 - $2,500 | C. $2,501 - $5,000 | D. $5,001 - $15,000 | E. $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F. $50,001 - $100,000 | G. $100,001 - $1,000,000 | H1. $1,000,001 - $5,000,000 | H2. More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J. $15,000 or less | K. $15,001 - $50,000 | L. $50,001 - $100,000 | M. $100,001 - $250,000 | N. $250,001 - $500,000 |
| | O. $500,001 - $1,000,000 | P1. $1,000,001 - $5,000,000 | P2. $5,000,001 - $25,000,000 | P3. $25,000,001 - $50,000,000 | P4. More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q. Appraisal | R. Cost (Real Estate Only) | S. Assessment | T. Cash Market | |
| | U. Book Value | V. Other | W. Estimated | | |

# RCL / Royal Caribbean Cruises Ltd. / VANGUARD GROUP INC Passive Investment

| | |
|---|---|
| Security | RCL / Royal Caribbean Cruises Ltd. (V77807103) |
| Form Type | SC 13G/A |
| File Date | 2018-02-08 |
| Related Documents | 2019-02-12 SC 13G/A   RCL / Royal Caribbean Cruises Ltd. / VANGUARD GROUP INC Passive Investment |
| | 2019-02-12 SC 13G/A   RCL / Royal Caribbean Cruises Ltd. / VANGUARD GROUP INC Passive Investment |
| | 2019-02-11 SC 13G/A   RCL / Royal Caribbean Cruises Ltd. / BlackRock, Inc. Passive Investment |

2019-02-11 SC 13G/A   RCL / Royal Caribbean Cruises Ltd. / BlackRock Inc. Passive Investment
2019-02-06 SC 13G/A   RCL / Royal Caribbean Cruises Ltd. / BlackRock Inc. Passive Investment

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Schedule 13G

Under the Securities Exchange Act of 1934
(Amendment No.: 3 )*

Name of Issuer: Royal Caribbean Cruises Ltd

Title of Class of Securities: Common Stock

CUSIP Number: V77807103

Date of Event Which Requires Filing of this Statement: December 31, 2017

Check the appropriate box to designate the rule pursuant to which this Schedule is filed.
(X) Rule 13d-1(b)
( ) Rule 13d-1(c)
( ) Rule 13d-1(d)

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter the disclosures provided in a prior cover page.

The information required in the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

(Continued on the following page(s))



## Top 10 Owners of Royal Caribbean Cruises Ltd

| Stockholder | Stake | Shares owned | Total value ($) | Shares bought / sold | Total change |
|---|---|---|---|---|---|
| The Vanguard Group, Inc. | 8.98% | 17,927,360 | 1,842,073,909 | +395,232 | +2.19% |
| PRIMECAP Management Co. | 4.07% | 9,573,913 | 1,037,141,776 | -27,972 | -0.29% |
| BlackRock Fund Advisors | 3.89% | 8,148,688 | 862,769,007 | +275,368 | +3.50% |
| SSgA Funds Management, Inc. | 3.61% | 7,586,377 | 819,587,200 | +581,586 | +8.45% |
| T. Rowe Price Associates, Inc. (I... | 2.32% | 4,880,642 | 526,470,648 | -446,915 | -8.33% |
| Fidelity Management & Research Co... | 2.24% | 4,702,168 | 508,388,506 | +296,188 | +6.28% |
| Baillie Gifford & Co. | 2.85% | 6,026,001 | 502,256,487 | -28,388 | -0.44% |

**EXHIBIT B**

**_CONFIDENTIAL_**

August 14th, 2019

James Gerstenlauer-Circuit Executive

U.S. Court of Appeals, Eleventh Circuit

56 Forsyth St. N.W.

Atlanta, Ga. 30303

Re: USDC Defendant Laurel Isicoff-Additional Updated Comments

Please note attached Federal court cited complaints, clerk issued summons and filings against the referenced opposing Defendant party.

Based on newly discovered information regarding massive banking real-estate public corruption by Isicioff and her convicted Federal felon co-Defendants, these graft, fraud and racketeering issues have been again referred to the USDOJ as governed under Federal criminal and civil RICO statutory mandates.

Despite Isicioff and her convicted felon co-Defendants continued cover-up efforts to obstruct justice, these whistleblower causes of action remain open and have not been fully adjudicated. As such any reappoint of Defendant Isicoff is not in the public interest or best welfare of the United States of America.

Kindly note that under my whistleblower protections I request that my physical address not be required and/or disclosed.  I request any follow up to this correspondence be provided to the USCA authorized email address listed herein.

Sincerely,


s/John Westley
305-731-5500
FalseClaimsRelators@Outlook.com

**EXHIBIT C**



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

March 21, 2019

Barbara Stone
Attorney
Arthur J. Morburger
19 West Flagler Street
Suite 404
Miami, FL 33130-4419

Dear Friend:

    Thank you for your letter dated March 19, 2019 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on March 21, 2019 and assigned ID number 4224677.

    Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 4224677 when requesting any information concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice