SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| BARBARA STONE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD TRUMP, et al., )<br>)<br>Defendants. )<br>) | Case No.: 2021 CA 000088 B |

## **WESTFALL CERTIFICATION**

I, Brian P. Hudak, Acting Chief of the Civil Division of the United States Attorney's Office for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and most recently re-delegated to me on January 28, 2021, hereby certify that I have read the complaint in the above-captioned action, and on the basis of the information currently available to me with respect to the incidents alleged therein, I find that William P. Barr, Christopher Wray, Jerold Nadler, Lindsey Graham, Joan Lenard, Jonathan Goodman, Laurel Isicoff, John Ashcroft, and Michael Horowitz were acting within the scope of their respective employment as officers or employees of the United States of America at the time of the alleged incidents to the extent such incidents implicate or involve the above named officials.

Dated: March 16, 2021

_____
BRIAN P. HUDAK
Acting Chief, Civil Division
U.S. Attorney's Office for the District of Columbia