UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA STONE
19 West Flagler Street #404
Miami, FL 33130
(786) 696-7816

ROBERT SARHAN
19 West Flagler Street #404
Miami, FL 33130
(305) 358-9971

        *Plaintiffs*,

         v.

DONALD J. TRUMP
Mar-A-Lago
1100 S Ocean Blvd.
Palm Beach, FL 33480

JOSEPH R. BIDEN, JR.
1600 Pennsylvania Ave NW
Washington, DC 20500

WILLIAM P. BARR
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

CHRISTOPHER WRAY
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

JEROLD NADLER,
2110 Rayburn House Office Building,
Washington, DC 20515

LINDSEY GRAHAM
290 Russell Building
Washington, DC 20510

RONALD DESANTIS
700 N Adams Street
Tallahassee, FL 32303

Civil Action No. 21-0752

ASHLEY MOODY,
Office of The Attorney General
State of Florida
Pl-01 The Capitol
Tallahassee, FL 32399-1050

JOAN LENARD,
400 North Miami Avenue
Miami, FL 33128

JONATHAN GOODMAN
400 North Miami Avenue
Miami. FL 33128

LAUREL ISICOFF
301 North Miami Avenue
Miami, FL 33128

JIMMY PATRONIS
Florida Risk Management Fund
200 East Gaines Street
Tallahassee, FL 32399-0336

MALCOLM S. MORRIS
Stewart Title Guarantee Company
1360 Post Oak Blvd., Suite 100
Houston, TX 77056
&
200 Bay Street #2600
Toronto, Ontario, MS J2 J2 4

FREDERICK H. EPPINGER,
Stewart Title Guarantee Company
1360 Post Oak Blvd., Suite 100
Houston, TX 77056
&
200 Bay Street #2600
Toronto, Ontario, MS J2 J2

CARL LIEBERT
Keller Williams
1221 S. Mopac Expy., Ste. 400
Austin, TX 78746

DAN CALDWELL
Keller Williams
1745 E River Road #245
Tucson, AZ 85718

KIMBERLY CLIFTON,
Tierra Antigua Realty LLC
1650 E River Road #202
Tucson, AZ 85718

MATTHEW CLIFTON
Tierra Antigua Realty LLC
1650 E River Road #202
Tucson, AZ 85718

DENISE KIEWEL
Tierra Antigua Realty LLC
9923 E Karst Place
Tucson, AZ 85748

BERKSHIRE HATHAWAY, INC.
WARREN E. BUFFET
CHARLES T. MUNGER
3555 Farnam Street
Omaha, NE 68131

HOMESERVICES OF AMERICA
RON PELTIER
GINO BLEFARI
333 South 7th ST., 27th Floor
Minneapolis, MN 55402

RENEE GONZALES
Long Realty
900 E. River Road
Tucson, AZ 85718

LISA HAYS BENZING
Long Realty
1890 E. River Road
Tucson, AZ 85718

BRETT CADDEN
Anderson Cadden Community Management

3

1870 W. Prince Road Suite 47
Tucson, AZ 85705

JEFFREYS. FINSTAD
2500 W Tom Watson Dr
Tucson, AZ 85742
&
4651 E 12TH ST
Casper, WY 82609

CHRIS BRUYN
Ame Management
4708 West Cactus Bluff Drive
Marana, AZ 85658

JOEL TABAS
Tabas Soloff Law Firm
25 S.E. 2nd Avenue, Ste 248
Miami, FL 33131

DREW DILLWORTH
Stearns, Weaver, Miller Law Firm
150 W Flagler Street
Miami, FL 33130

STEARNS, WEAVER, MILLER LAW FIRM
150 W Flagler Street
MIAMI, FL 33130

DANA R. QUICK
One Southeast Third Avenue, Suite 1400
Miami, FL 3 3131

BAST AMRON
One Southeast Third Avenue, Suite 1400
Miami, FL 3 3131

JOHN ASHCROFT
222 S Central Avenue
Saint Louis, MO 63105

MICHAEL E. HOROWITZ
U.S. Department of Justice
Office of The Inspector General
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

*Defendants.*

## <u>*ERRATA*[1] NOTICE OF REMOVAL OF A CIVIL ACTION</u>

The United States, through undersigned counsel, hereby file this Notice of Removal
pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.  In support of the Notice, the United States states
as follows:

1.      Plaintiffs Barbara Stone and Robert Sarhan, who are each proceeding *pro se*, filed
this civil action in D.C. Superior Court, styled *Stone v. Trump*, Civil Action No. 2021 CA
000088 B, against a variety of defendants (including President Donald J. Trump, President
Joseph R. Biden, Jr., three United States Judges, a United States Senator, a United States
Representative, the Attorney General, and the Director of the Federal Bureau of Investigation)
alleging violations of the United States Criminal Code, Constitution, and civil rights laws.
Plaintiffs also bring several intentional tort claims against the named defendants.  Based on their
claims, Plaintiffs seek equitable relief and One-Hundred Million Dollars in damages.  *See
generally* Fourth Amended Complaint (attached hereto).

2.      This action was filed in the Superior Court on or around January 12, 2021, by
Plaintiffs.  Plaintiffs amended their complaint in the Superior Court on three occasions and most
recently on March 3, 2021.  There is no evidence showing that the complaint and summons were

---

[1]      The federal defendants have made their best efforts to discern Plaintiffs' case caption
regarding the names and addresses of all parties in compliance with Local Civil Rule 5.1(c).

properly served upon the United States Attorney or Attorney General under D.C. Superior Court Rule 4(i) or its equivalent Federal Rule of Civil Procedure 4(i).  The U.S. Attorney's Office received a copy of the Complaint on or about January 22, 2021, from Administrative Office of the United States Courts after the federal judges named in the complaint received a copy of the Complaint and Summons from the Superior Court.

3.      Removal of this matter is authorized pursuant to 28 U.S.C. § 1442(a)(1) because several named defendants are officers of agencies of the United States.

4.      On the basis of the Complaint and other available information, Brian P. Hudak, Acting Chief of the Civil Division in the U.S. Attorney's Office for the District of Columbia, certified pursuant to 42 U.S.C. § 233(a) and (g) that defendants William P. Barr, Christopher Wray, Jerold Nadler, Lindsey Graham, Joan Lenard, Jonathan Goodman, Laurel Isicoff, John Ashcroft, and Michael Horowitz were acting within the scope of her office or employment with the United States government at the time of the alleged incidents, to the extent the alleged incidents implicate or involve those defendants.  *See* Westfall Certification (attached hereto). This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall, as a matter of law, be substituted for the defendants listed above, except for Plaintiffs' individual capacity claims pursuant to 42 U.S.C. § 1983.

5.      A notice of filing of this Notice of Removal will be filed contemporaneously with this notice in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. 1442(a)(1) and 1446.

Dated: March 23, 2021                Respectfully submitted,

                                     CHANNING D. PHILLIPS. D.C. Bar No. 415793
                                     Acting United States Attorney

                                     BRIAN P. HUDAK
                                     Acting Chief, Civil Division

                                By: */s/ Christopher C. Hair*
                                     CHRISTOPHER C. HAIR
                                     PA Bar No. 606656
                                     Assistant United States Attorney
                                     555 Fourth Street, N.W.
                                     Washington, D.C. 20530
                                     Phone: (202) 252-2541
                                     Fax: (202) 252-2599
                                     christopher.hair@usdoj.gov

                                     *Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I caused a copy of the foregoing *Errata* Notice of Removal of a Civil Action to be served upon Plaintiff by first class mail marked for delivery to:

| | |
|---|---|
| Barbara Stone<br>19 West Flagler Street #404<br>Miami, FL 33130 | Matthew Clifton<br>Tierra Antigua Realty LLC<br>1650 E River Road #202<br>Tucson, AZ 85718 |
| Robert Sarhan<br>19 West Flagler Street #404<br>Miami, FL 33130 | Denise Kiewel,<br>Tierra Antigua Realty LLC<br>9923 E Karst Pl<br>Tucson, AZ 85748 |
| Ronald Desantis<br>State of Florida<br>700 N Adams Street<br>Tallahassee, FL 32303 | Warren E. Buffet<br>Charles T. Munger<br>Berkshire Hathaway, Inc.<br>Berkshire Hathaway, Inc.<br>3555 Farnam Street<br>Omaha, NE 68131 |
| Ashley Moody<br>Attorney General of the State of Florida<br>Office of the Attorney General, State of Florida,<br>Pl-01 The Capitol<br>Tallahassee, FL 32399-1050 | Ron Peltier<br>Gino Blefari<br>Homeservices Of America;<br>333 South 7th St., 27th Floor<br>Minneapolis, MN 55402 |
| Jimmy Patronis<br>Florida Risk Management Fund<br>200 East Gaines Street<br>Tallahassee, FL 32399-0336 | Renee Gonzales<br>Long Realty<br>900 E. River Rd<br>Tucson, AZ 85718 |
| Malcolm S. Morris<br>Stewart Title Guarantee Co.<br>1360 Post Oak Blvd., Suite 100<br>Houston, TX 77056 | Lisa Hays Benzing<br>Areal Estate<br>Long Realty<br>1890 E. River Road<br>Tucson, AZ 85718 |

| | |
|---|---|
| Frederick H. Eppinger,<br>Stew Art Title Guarantee Company<br>1360 Post Oak Bl Vd., Suite 100<br>Houston, TX 77056 | Brett Cadden Anderson<br>Cadden Community Management;<br>1870 W. Prince Road Suite 47<br>Tucson, AZ 85705 |
| Carl Liebert<br>KellerWilliams<br>1221 S. Mopac Expy., Ste. 400<br>Austin, TX 78746 | Jeffreys. Finstad<br>2500 W Tom Watson Dr<br>Tucson, Az 85742<br>4651 E 12th St<br>Casper, WY 82609 |
| Dan Caldwell<br>1745 E River Rd #245<br>Tucson, Az 85718<br>Kimberly Clifton<br>Tierra Antigua Realty LLC<br>1650 E River Road #202<br>Tucson, AZ 85718 | Chris Bruyn<br>Ame Management<br>4708 West Cactus Bluff Drive<br>Marana, AZ 85658 |
| Matthew Clifton<br>Tierra Antigua Realty LLC<br>1650 E River Road #202<br>Tucson, AZ 85718 | Joel Tabas<br>Tabas Soloff Law Firm<br>25 S.E. 2nd Avenue, Ste248<br>Miami, FL 3 3131 |
| Drew Dillworth<br>Stearns, Weaver, Miller Law Firm<br>150 W Flagler St.<br>Miami, FL 33130 | Dana R. Quick<br>Bast Amron<br>One Southeast Third A Venue, Suite 1400<br>Miami, FL 33131 |

*/s/ Christopher C. Hair*
CHRISTOPHER C. HAIR