IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA STONE, <u>et al</u>. | : |
| Plaintiffs | : |
| v. | : Case No. 1:21-cv-00752-CRC |
| DONALD TRUMP, <u>et al</u>. | : |
| Defendants | : |

**MOTION FOR RULING ON MOTION TO DISMISS**

COME NOW Defendants Berkshire Hathaway, Inc., Warren E. Buffett, Charles T. Munger, HomeServices of America, Inc., Ron Peltier, Gino Blefari, Roy H. Long Realty Company, Inc. d/b/a Long Realty, Reneé Gonzales, and Lisa Hays Benzing, by and through undersigned counsel, Timothy G. Casey, and file this Motion for Ruling on Motion to Dismiss and state as follows:

1.  On March 24, 2021, a Motion to Dismiss the Plaintiffs' Complaint was filed on behalf of these Defendants (Dkt. #5). Thereafter, on March 26, 2021, the Court ordered Plaintiffs to respond to said Motion to Dismiss by no later than April 16, 2021 (Dkt. #10). Further, per its Minute Order entered June 4, 2021, the Court ordered the Plaintiffs to show cause in writing by June 18, 2021 why the Court should not grant the Motions to Dismiss of these Defendants and other Defendants and that Plaintiffs' failure to do so could result in summary dismissal of their claims.

2.   Despite the Orders of this Court entered March 26, 2021 and June 4, 2021, Plaintiffs have failed to respond to the Movants' Motion to Dismiss and have further failed to show cause in writing why said Motion should not be granted.

WHEREFORE, Defendants Berkshire Hathaway, Inc., Warren E. Buffett, Charles T. Munger, HomeServices of America, Inc., Ron Peltier, Gino Blefari, Roy H. Long Realty Company, Inc. d/b/a Long Realty, Reneé Gonzales, and Lisa Hays Benzing respectfully request that this Honorable Court grant their Motion to Dismiss filed March 24, 2021.

        Respectfully submitted,

        /s/ Timothy G. Casey
        _____
        TIMOTHY G. CASEY
        D.C. Bar #352674
        451 Hungerford Drive, Suite 505
        Rockville, Maryland  20850
        (301) 424-6700
        timgcasey@yahoo.com
        Attorney for Defendants Berkshire Hathaway, Inc., Warren E. Buffett, Charles T. Munger, HomeServices of America, Inc., Ron Peltier, Gino Blefari, Roy H. Long Realty Company, Inc. d/b/a Long Realty, Reneé Gonzales and Lisa Hays Benzing

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 14th day of September, 2021, I served a copy of the foregoing **MOTION FOR RULING ON MOTION TO DISMISS and proposed ORDER** via ECF to all counsel of record and via first class mail, postage prepaid, to:

Barbara Stone
19 West Flagler Street #404
Miami, Florida  33130
Plaintiff *pro se*

Robert Sarhan
19 West Flagler Street #404
Miami, Florida  33130
Plaintiff *pro se*

/s/ Timothy G. Casey
_____
Timothy G. Casey