IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA STONE, et al.  :
       Plaintiffs  :
  v.  :  Case No. 1:21-cv-00752-CRC
DONALD TRUMP, et al.  :
       Defendants  :

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants Berkshire Hathaway, Inc., Warren E. Buffett, Charles T. Munger, HomeServices of America, Inc., Ron Peltier, Gino Blefari, Roy H. Long Realty Company, Inc. d/b/a Long Realty, Reneé Gonzales, and Lisa Hays Benzing's Motion for Ruling on Motion to Dismiss, and any Opposition filed thereto, it is, this _____ day of _____, 2021, by the United States District Court for the District of Columbia,

ORDERED, that said Motion for Ruling on Motion to Dismiss be, and the same hereby is, GRANTED.

                                          _____
                                          JUDGE, United States District
                                          Court for the District of Columbia

COPIES TO:
Barbara Stone, Plaintiff *pro se*
Robert Sarhan, Plaintiff *pro se*
All counsel of record