UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BARBARA STONE**, et al.,

    Plaintiffs,

    v.

**DONALD TRUMP**, et al.,

    Defendants.

Case No. 21-cv-00752 (CRC)

## ORDER

It appears from the docket that Plaintiffs did not effectuate service of the summons and complaint on the following Defendants: CARL LIEBERT, DAN CALDWELL, JEFFREYS. S. FINSTAD, CHRIS BRUYN, DANA R. QUICK and BAST AMRON. Plaintiffs were required by Federal Rule of Civil Procedure 4(m) to effectuate service within 90 days after initiating this action. Further, Plaintiffs did not file a timely response to the Minute Order to Show Cause dated September 15, 2021, which informed Plaintiffs that failure to effectuate service or to satisfactorily respond to the order may result in dismissal without further notice. Therefore, it is hereby

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE as to the above defendants for failure to effectuate service. Fed. R. Civ. P. 4(m).

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: October 19, 2021